UNITD STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:23-cv-00018-RSB |
| | ) |
| THE UNIVERSITY OF VIRGINIA, | ) |
| RECTOR AND VISITORS OF THE | ) |
| UNIVERSITY OF VIRGINIA, | ) |
| UVA BOARD OF VISITORS, | ) |
| EMILY BABB, | ) |
| and | ) |
| AKIA HAYNES, | ) |
| | ) |
|    Defendants. | ) |

## ORDER GRANTING *PRO HAC VICE* ADMISSION OF ELIZABETH ABDNOUR

Plaintiff, by counsel, moved this Court on May 22, 2023, for the *Pro Hac Vice* Admission of Elizabeth Abdnour, as co-counsel. Having evaluated the credentials and representations of counsel, it is hereby ORDERED and DECREED that said Motion is GRANTED and that Elizabeth Abdnour, is admitted as counsel *pro hac vice* for Plaintiff in the conduct of the above captioned action.

ENTERED: May 23, 2023.

*Robert S. Ballou*
Robert S. Ballou
United States District Judge