UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

JANE DOE,                                                 Case No. 3:23-cv-18

     Plaintiff,                                  HON. ROBERT S. BALLOU

v.

UNIVERSITY OF VIRGINIA, et al.

     Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESS

     I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

     Old address:   1100 W. Saginaw St., Suite 4A-2, Lansing, MI 48915

     New address:  500 E. Michigan Ave., Suite 130, Lansing, MI 48912

My telephone number remains the same.


Date:  June 6, 2023                           Respectfully submitted,

                                                    **s/Elizabeth K. Abdnour**
                                                    Elizabeth K. Abdnour (P78203)
                                                    ELIZABETH ABDNOUR LAW, PLLC
                                                    Attorney for Plaintiff
                                                    500 E. Michigan Ave., Ste. 130
                                                    Lansing, MI 48912
                                                    517-292-0067
                                                    elizabeth@abdnour.com