IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**THE UNIVERSITY OF VIRGINIA, et al.,**<br><br>    **Defendants.** | Case No. 3:23-cv-00018-RSB |

## NOTICE OF APPEARANCE

 I am admitted to practice in this Court, and I appear in this case as counsel for Defendants the Rector and Visitors of the University of Virginia, Emily Babb, and Akia Haynes.

           Respectfully submitted,

           By: /s/ Christopher P. Bernhardt
           Christopher P. Bernhardt* (VSB No. 80133)
           Assistant Attorney General
           Office of the Virginia Attorney General
           202 North 9th Street
           Richmond, Virginia 23219
           Telephone: (804) 371-0977
           Facsimile: (804) 371-2087
           Email: cbernhardt@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/ Trial Section Chief

Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 371-0977
Facsimile:    (804) 371-2087
Email: cbernhardt@oag.state.va.us
cbrown@oag.state.va.us
*Counsel of Record*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system.

By:  /s/ Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 371-0977
Facsimile:    (804) 371-2087
Email: cbernhardt@oag.state.va.us