UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF VIRGINIA, RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, UVA BOARD OF VISITORS, EMILY BABB, and AKIA HAYNES,<br><br>    Defendants. | Case No.  3:23-cv-00018 |

### NOTICE OF INTENT TO FILE AMENDED COMPLAINT UNDER RULE 15(a)

Plaintiff JANE DOE, by counsel, hereby notifies the Court and defense counsel of record that she intends to file an Amended Complaint under Rule 15(a)(1)(B) on or before July 26, 2023, which is "21 days after … service of a motion under Rule 12(b)."  Defendant filed a Rule 12(b) Motion to Dismiss and Memorandum (Dkt. # 10, 11) on July 5, 2021.  As a result, Plaintiff does not waive opposition to the pending or any future Motion to Dismiss or its grounds by not filing an opposition brief to the pending motion today, as she understands that this motion will be mooted by the filing of a superseding amended complaint.  Plaintiff does not believe this amendment should affect the Court's Rule 16 conference scheduled for July 31, 2023 (unless the Court otherwise orders).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: July 19, 2023 | /s/ *Devon J. Munro*<br>Devon J. Munro (VSB # 47833)<br>Munro Byrd, P.C.<br>120 Day Ave. SW, First Floor |

1

Roanoke VA 24016  
(540) 283-9343  
dmunro@trialsva.com

Elizabeth Abdnour* (P78203)  
Abdnour Weiker LLP  
500 E. Michigan Ave., Suite 130  
Lansing, MI 48912  
(517) 994-1776  
Fax: (614) 417-5081  
Email: liz@education-rights.com

*admitted *pro hac vice*  
Co-Counsel for Plaintiff

**Certificate of Service**

I certify that on July 19, 2023, I filed the above with this Court's ECF system, which is understood to serve all counsel of record with an electronic copy.

/s/ *Devon J. Munro*