IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF VIRGINIA, et al.,<br><br>        Defendants. | Case No. 3:23-cv-00018-RSB |

**ORDER**

This matter is before the Court on the Joint Motion for Continuance of Rule 16 Conference (ECF. No. 15) filed by Plaintiff Jane Doe and Defendants the Rector and Visitors of the University of Virginia, Emily Babb, and Akia Haynes. For the reasons stated in the joint motion, the Court finds that a continuance of the conference schedule for July 31, 2023 is appropriate. Accordingly, the motion is hereby GRANTED and the telephone conference (ECF No. 12) currently set for July 31, 2023 shall be removed from the Court's calendar. The parties shall reschedule the conference for a date after August 31, 2023, including after the anticipated motion to dismiss the amended complaint is resolved, or upon further direction of this Court.

        It is so ORDERED.

        The Clerk shall send a copy of this Order to the parties.

_____
United States District Court Judge