IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JANE DOE, | Case No. 3:23-cv-18 |
| Plaintiff, | Hon. |
| v. | |
| THE UNIVERSITY OF VIRGINIA, et al., | |
| Defendants. | |

**CONSENT MOTION TO EXTEND TIME FOR
PLAINTIFF TO FILE AN AMENDED ANSWER**

NOW COMES Plaintiff, by and through undersigned counsel, and respectfully moves this court for an extension of her deadline to file an Amended Complaint pursuant to Rule 15(a)(1)(B) in this matter from July 26, 2023, to August 16, 2023.

Plaintiff respectfully requests this additional time as her counsel, Elizabeth Abdnour, is in the process of preparing responses to ten motions for summary judgment which were filed in another matter on June 30, 2023, with a response deadline of July 31, 2023, and as a result needs additional time to properly prepare the Amended Complaint in this matter.

No party will suffer prejudice by extending this deadline, and no other deadlines should be affected. Defense counsel has consented to the requested extension.

Date: July 24, 2023

                                                      Respectfully Submitted,

                                                      /s/ Devon J. Munro
                                                      Devon J. Munro (VSB # 47833)
                                                      Munro Byrd, P.C.
                                                      120 Day Ave. SW, First Floor
                                                      Roanoke, VA 24016
                                                      (540) 283-9343

Email: dmunro@trialsva.com
*Counsel for Plaintiff*

Elizabeth Abdnour*
Abdnour Weiker LLP
500 E. Michigan Ave., Suite 130
Lansing, MI 48912
(517) 994-1776
Fax: (614) 417-5081
Email: liz@education-rights.com
*admitted pro hac vice
*Co-Counsel for Plaintiff*

Consented to by:

/s/ Calvin C. Brown for Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 371-0977
Facsimile:    (804) 371-2087
Email: cbernhardt@oag.state.va.us

**CERTIFICATE OF SERVICE**

I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on July 24, 2023, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

/s/ Elizabeth K. Abdnour

2