IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

JANE DOE,	Case No. 3:23-cv-18

Plaintiff,

v.

THE UNIVERSITY OF VIRGINIA, et al.,

Defendants.

## ORDER

This matter is before the Court on the Consent Motion to Extend Time to File an Amended Answer filed by Plaintiff Jane Doe. For the reasons stated in the motion, the Court finds that an extension of the deadline for Plaintiff to file her Amended Complaint is appropriate.

Accordingly, the motion is hereby GRANTED. Plaintiff shall have until August 16, 2023, to file her Amended Complaint in this matter.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

United States District Court Judge