IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**UNIVERSITY OF VIRGINIA, et al.,**<br><br>        **Defendants.** | Case No. 3:23-cv-00018-RSB |

## NOTICE OF APPEARANCE

I am admitted to practice in this Court, and I appear in this case as counsel for the Defendants, the Rector and Visitors of the University of Virginia, Emily Babb, and Akia Haynes.

                                                **Respectfully submitted,**

                                                */s/ Amy E. Hensley*
                                                Amy E. Hensley (VSB No. 80470)
                                                Assistant Attorney General
                                                Office of the Attorney General
                                                202 North 9th Street
                                                Richmond, Virginia 23219
                                                Telephone: (804) 371-2267
                                                Facsimile: (804) 371-2087
                                                ahensley@oag.state.va.us
                                                *\*Counsel of Record for Defendants*

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-0977
Facsimile: (804) 371-2087
cbernhardt@oag.state.va.us

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th of July 2023, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the plaintiff.

                                        */s/ Amy E. Hensley*
                                        Amy E. Hensley (VSB No. 80470)
                                        Assistant Attorney General