IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**THE UNIVERSITY OF VIRGINIA, et al.,**<br><br>        **Defendants.** | Case No. 3:23-cv-00018-RSB |

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendants, the Rector and Visitors of the University of Virginia, Emily Babb, and Akia Haynes, by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move to dismiss Plaintiff Jane Doe's Amended Complaint (ECF No. 21) for failure to state a claim upon which relief may be granted. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

**THE RECTOR AND VISTORS OF THE UNIVERSITY OF VIRGINIA, EMILY BABB, AKIA HAYNES**

By Counsel: /s/ Christopher P. Bernhardt
Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:     (804) 371-0977
Facsimile:     (804) 371-2087
Email: cbernhardt@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/ Trial Section Chief

Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:	(804) 371-0977
Facsimile:	(804) 371-2087
Email: cbernhardt@oag.state.va.us

Amy E. Hensley* (VSB No. 80470)
Associate University Counsel/Assistant Attorney General
Madison Hall
1827 University Avenue
Charlottesville, Virginia 22904
Telephone:	(434) 924-3685
Email: aehensley@virginia.edu
*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system.

By:   /s/ Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:	(804) 371-0977
Facsimile:	(804) 371-2087
Email: cbernhardt@oag.state.va.us