IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

JANE DOE,                                                          Case No.  3:23-cv-00018-RSB

Plaintiff,

v.

THE UNIVERSITY OF VIRGINIA, et al.,

Defendants.

## CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS

NOW COMES Plaintiff, by and through undersigned counsel, and respectfully moves this court for an extension of her deadline to file a Response to Defendant's Motion to Dismiss in this matter from September 13, 2023, to September 27, 2023.  The parties agree that Defendants' time to file a Reply to the Response shall then be extended from October 4, 2023, to October 18, 2023.

Plaintiff respectfully requests this additional time as her counsel, Elizabeth Abdnour, is preparing for an administrative hearing scheduled for September 11 to 13, 2023, and as a result needs additional time to properly prepare the Response.

No party will suffer prejudice by extending this deadline, and no other deadlines should be affected.  Defense counsel has consented to the requested extension.

Date: September 8, 2023

                                                    Respectfully Submitted,

                                                    /s/ Devon J. Munro
                                                    Devon J. Munro (VSB # 47833)
                                                    Munro Byrd, P.C.
                                                    120 Day Ave. SW, First Floor
                                                    Roanoke, VA 24016
                                                    (540) 283-9343

Email: dmunro@trialsva.com
*Counsel for Plaintiff*

Elizabeth Abdnour*
Abdnour Weiker LLP
500 E. Michigan Ave., Suite 130
Lansing, MI 48912
(517) 994-1776
Fax: (614) 417-5081
Email: liz@education-rights.com
*admitted pro hac vice
*Co-Counsel for Plaintiff*

Consented to by:

/s/ Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:     (804) 371-0977
Facsimile:      (804) 371-2087
Email: cbernhardt@oag.state.va.us

**CERTIFICATE OF SERVICE**

I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on September 8, 2023, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

/s/ Elizabeth K. Abdnour