IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JANE DOE, | Case No. 3:23-cv-00018-RSB |
| Plaintiff, | |
| v. | |
| THE UNIVERSITY OF VIRGINIA, et al., | |
| Defendants. | |

## ORDER

This matter is before the Court on the Consent Motion to Extend Time to File a Response to Defendants' Motion to Dismiss filed by Plaintiff Jane Doe. For the reasons stated in the Motion, the Court finds that an extension of the deadline for Plaintiff to file her Response to the Motion to Dismiss is appropriate.

Accordingly, the Motion is hereby GRANTED. Plaintiff shall have until September 27, 2023, to file her Response to Defendants' Motion to Dismiss in this matter. Defendants shall have until October 18, 2023, to file their Reply to Plaintiff's Response.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

United States District Court Judge