IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**THE UNIVERSITY OF VIRGINIA, et al.,**<br><br>　　　　　　**Defendants.** | Case No. 3:23-cv-00018-RSB |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO PROCEED <u>UNDER PSEUDONYM</u>**

Defendants, Rector and Visitors of the University of Virginia, Emily Babb, and Akia Haynes, by counsel, respectfully submit this Response to Plaintiff's Motion for Leave to Proceed Under Pseudonym (ECF No. 34) and her memorandum in support thereof (ECF No. 35).

Defendants do not object to the Court granting Plaintiff leave to proceed with the use of a pseudonym in this action.

Respectfully submitted,

**THE RECTOR AND VISTORS OF THE UNIVERSITY OF VIRGINIA, EMILY BABB, AKIA HAYNES**

By Counsel:  /s/ Christopher P. Bernhardt
Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:     (804) 371-0977
Facsimile:      (804) 371-2087
Email: cbernhardt@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/ Trial Section Chief

Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:     (804) 371-0977
Facsimile:      (804) 371-2087
Email: cbernhardt@oag.state.va.us

Amy E. Hensley* (VSB No. 80470)
Associate University Counsel/Assistant Attorney General
Madison Hall
1827 University Avenue
Charlottesville, Virginia 22904
Telephone:     (434) 924-3685
Email: aehensley@virginia.edu
*Counsel of Record*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system.

>By:   /s/ Christopher P. Bernhardt
>Christopher P. Bernhardt (VSB No. 80133)
>Assistant Attorney General
>Office of the Virginia Attorney General
>202 North 9th Street
>Richmond, Virginia 23219
>Telephone:   (804) 371-0977
>Facsimile:   (804) 371-2087
>Email: cbernhardt@oag.state.va.us