IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**THE UNIVERSITY OF VIRGINIA, et al.,**<br><br>    **Defendants.** | Case No. 3:23-cv-00018-RSB |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS EMILY BABB AND AKIA HAYNES WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jane Doe and Defendants, the Rector and Visitors of the University of Virginia, Emily Babb, and Akia Haynes, hereby stipulate that Counts II, III, and IV of Plaintiff's Amended Complaint (ECF No. 21) are dismissed in their entirety with prejudice, with the parties to bear their own costs and attorneys' fees. As Defendants Emily Babb and Akia Haynes are named only in these dismissed counts and are not named in the remaining Count I, they are dismissed as parties to this action with prejudice. The dismissal shall be effective upon filing of this joint stipulation.

Dated: October 25, 2023

Respectfully submitted,

| | |
|---|---|
| JANE DOE | THE RECTOR AND VISTORS OF THE UNIVERSITY OF VIRGINIA, EMILY BABB, AND AKIA HAYNES |
| By: /s/ *Devon J. Munro* | |
| | By: /s/ *Christopher P. Bernhardt* |
| Devon J. Munro (VSB # 47833) | |
| Munro Byrd, P.C. | Christopher P. Bernhardt (VSB No. 80133) |
| 120 Day Ave. SW, First Floor | Assistant Attorney General |
| Roanoke, Virginia 24016 | Office of the Virginia Attorney General |
| Telephone: (540) 283-9343 | 202 North 9th Street |
| Email: dmunro@trialsva.com | Richmond, Virginia 23219 |
| | Telephone:   (804) 371-0977 |
| By: /s/ Elizabeth Abdnour | Facsimile:    (804) 371-2087 |
| | Email: cbernhardt@oag.state.va.us |
| Elizabeth Abdnour | |
| Pro Hac Vice | Amy E. Hensley (VSB No. 80470) |
| Abdnour Weiker, LLP | Associate University Counsel/Assistant Attorney General |
| 500 E. Michigan Ave., Ste. 130 | |
| Lansing, Michigan 48912 | Madison Hall |
| Telephone: (517) 994-1776 | 1827 University Avenue |
| Email: liz@education-rights.com | Charlottesville, Virginia 22904 |
| *Counsel for Plaintiff* | Telephone:   (434) 924-3685 |
| | Email: aehensley@virginia.edu |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on October 25, 2023, I filed this document by use of this Court's ECF system, which will serve copies to all counsel of record.

By: /s/ Elizabeth K. Abdnour