UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **JANE DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 3:23-cv-18 |
| ) | |
| **THE UNIVERSITY OF VIRGINIA,** ) | |
| *et al.*, ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The parties filed a Stipulation of Dismissal (Dkt. 37), seeking to dismiss all claims against defendants Emily Babb and Akia Haynes with prejudice, pursuant to Rule 41(a)(1)(A)(ii). Finding it proper to do so, it is **ORDERED** that defendants Emily Babb and Akia Haynes, are dismissed from this matter with prejudice. This action will continue.

Entered: October 30, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge