IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-00018 |
| | ) | |
| v. | ) | By: Hon. Robert S. Ballou |
| | ) | United States District Judge |
| THE UNIVERSITY OF VIRGINIA *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, I **GRANT** in part and **DENY** in part Defendant's motion to dismiss. Dkt. 22. Plaintiff's Title IX deliberate indifference claim stemming from Professor Biemann's alleged failure to report the Title IX violation in February 2020. The case will proceed as to the Title IX deliberate indifference claim stemming from the 2018 J-Term incident, and Professor Biemann's failure to take action as to this incident, and the adequacy of the University of Virginia's Title IX investigation only.

It is so **ORDERED**.

Entered: March 29, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge