IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-00018 |
| | ) | |
| v. | ) | By: Hon. Robert S. Ballou |
| | ) | United States District Judge |
| THE UNIVERSITY OF VIRGINIA *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Plaintiff's Motion to Proceed Under Pseudonym is currently before the Court and under advisement. Having considered the factors set forth in *James v. Jacobson*, 6 F.3d 233 (4th Cir. 1993) and the unopposed nature of this motion, I find that Plaintiff has sufficiently supported her position to proceed in this litigation by pseudonym and her Motion to Proceed Under Pseudonym id **GRANTED**.

While Plaintiff moved to be allowed to proceed under a pseudonym, the Court notes that another individual, a former professor at The University of Virginia, has also consistently been referred to pseudonymously in pleadings. However, neither party has moved this Court to permit a pseudonym to be used with regard to anyone other than Plaintiff.

Therefore, the parties are directed to notify the Court if they are seeking permission to have both individuals proceed pseudonymously and if so, whether the use of a pseudonym by this additional individual meets the *James* factors. *See Doe v. University of North Carolina System*, 1:23-cv-00041, 2023 WL 4552762 (W.D.N.C. July 13, 2023) (applying the *James* factors when Plaintiff moved for students who were not party to the lawsuit be referred to by pseudonym); *Doe v. Doe*, No. 23-1058, 2023 WL 7030180, *3 (4th Cir. Oct. 26, 2023) ("district

courts may, in their discretion, allow pseudonymous litigation because 'privacy or confidentiality concerns are sometimes sufficiently critical that *parties or witnesses* should be allowed this rare dispensation.") (quoting *James*, 6 F.3d at 238) (emphasis added)

      It is so **ORDERED**.

Entered:  March 29, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge