**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| **JANE DOE,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 3:23-cv-00018-RSB** |
| **THE UNIVERSITY OF VIRGINIA, et al.,** | |
| **Defendants.** | |

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Rector and Visitors of the University of Virginia ("University"), by and through counsel, respectfully moves this Court for an extension of its deadline to file an answer to Plaintiff's Amended Complaint (ECF No. 21) from April 12, 2024, to April 19, 2024.

The University respectfully requests this additional time as its lead counsel, Christopher Bernhardt, is out of the office for depositions on April 9 and 10, 2024, and has other filing deadlines the week of April 8-12, 2024, and as a result needs additional time to properly prepare the answer to the Amended Complaint.

No party will suffer prejudice by extending this deadline, and no other deadlines should be affected. Plaintiff's counsel has consented to the requested extension.

WHEREFORE, the University respectfully requests that this Honorable Court extend its filing deadline as requested and as proposed in the attached draft order.

Respectfully submitted,

THE RECTOR AND VISTORS OF THE
UNIVERSITY OF VIRGINIA

By: */s/ Christopher P. Bernhardt*
           Counsel

Christopher P. Bernhardt (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:      (804) 371-0977
Facsimile:      (804) 371-2087
Email: cbernhardt@oag.state.va.us

Amy E. Hensley (VSB No. 80470)
Associate University Counsel/Assistant
Attorney General
Madison Hall
1827 University Avenue
Charlottesville, Virginia 22904
Telephone:      (434) 924-3685
Email: aehensley@virginia.edu
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, the foregoing was filed with the Clerk of Court

using the CM/ECF system.

*/s/ Christopher P. Bernhardt*
Christopher P. Bernhardt (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:      (804) 371-0977
Facsimile:      (804) 371-2087
Email: cbernhardt@oag.state.va.us
*Counsel for Defendant*

2