IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>                **Plaintiff,**<br><br>v.<br><br>**THE UNIVERSITY OF VIRGINIA, et al.,**<br><br>                **Defendants.** | Case No. 3:23-cv-00018-RSB |

## ORDER

This matter is before the Court on the Consent Motion to Extend Time to File an Answer to Plaintiff's Amended Complaint filed by Defendant Rector and Visitors of the University of Virginia ("University"). For the reasons stated in the Motion, the Court finds that an extension of the deadline for the University to file its answer to the Amended Complaint is appropriate.

Accordingly, the Motion is hereby GRANTED. The University shall have until April 19, 2024, to file its answer to the Amended Complaint (ECF No. 21).

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

Entered: April 10, 2024

                                                                                                */s/ Joel C. Hoppe*
                                                                             United States Magistrate Judge