IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,**<br><br>                    **Defendant.** | Case No. 3:23-cv-00018-RSB |

## JOINT STATUS REPORT

Pursuant to the Scheduling Order (ECF No. 30), Plaintiff Jane Doe and Defendant Rector and Visitors of the University of Virginia ("University"), by and through counsel, submit the following joint status report.

### Progress in Discovery

1. Discovery has progressed without problems. The parties have exchanged discovery requests and have scheduled, or are in the process of scheduling, depositions. The parties anticipate that they will be able to complete discovery by the deadline in the Scheduling Order.

### Anticipated Dispositive Motions

2. The University anticipates that it will file a motion for summary judgment.

3. The parties anticipate that they will want to file exhibits under seal in connection with any motion for summary judgment due to most of the evidence in this matter containing Plaintiff's real name and confidential and sensitive academic and medical information regarding Plaintiff and other University students. The parties have identified this as a potential issue and

have committed to conferring in good faith regarding what documents can be filed with redactions and what documents will need to be filed under seal.

## Potential for Case Resolution

4. The parties have discussed settlement. The University is not currently interested in mediation.

Respectfully submitted,

| | |
|---|---|
| JANE DOE | THE RECTOR AND VISTORS OF THE UNIVERSITY OF VIRGINIA |
| By: /s/ *Devon J. Munro*   Counsel | By: */s/ Christopher P. Bernhardt*   Counsel |
| Devon J. Munro (VSB # 47833) Munro Byrd, P.C. 120 Day Ave. SW, First Floor Roanoke, Virginia 24016 Telephone: (540) 283-9343 Email: dmunro@trialsva.com | Christopher P. Bernhardt (VSB No. 80133) Assistant Attorney General Office of the Virginia Attorney General 202 North 9th Street Richmond, Virginia 23219 Telephone: (804) 371-0977 Facsimile: (804) 371-2087 Email: cbernhardt@oag.state.va.us |
| Elizabeth Abdnour Pro Hac Vice Abdnour Weiker, LLP 500 E. Michigan Ave., Ste. 130 Lansing, Michigan 48912 Telephone: (517) 994-1776 Email: liz@education-rights.com *Counsel for Plaintiff* | Amy E. Hensley (VSB No. 80470) Associate University Counsel/Assistant Attorney General Madison Hall 1827 University Avenue Charlottesville, Virginia 22904 Telephone: (434) 924-3685 Email: aehensley@virginia.edu *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notice of the same to all counsel of record.

/s/ *Christopher P. Bernhardt*
Christopher P. Bernhardt (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:   (804) 371-0977
Facsimile:   (804) 371-2087
Email: cbernhardt@oag.state.va.us
*Counsel for Defendant*