CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
August 30, 2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Jane Doe,<br>    Plaintiff, | Civil Action No. 3:23cv00018 |
| v. | ORDER |
| Rector and Visitors of the University of Virginia,<br>    Defendant. | By:     Joel C. Hoppe<br>United States Magistrate Judge |

On August 30, 2024, the parties came before the Court for a hearing on a discovery matter. Having considered the parties' arguments, and for the reasons stated on the record, the Court DIRECTS as follows:

1. No later than September 6, 2024, Plaintiff shall supplement her response to Interrogatory 3 to identify treatment and prognosis.

2. The parties shall confer regarding the identification of Plaintiff's treatment providers.

3. Plaintiff shall supplement her production of mental health treatment records no later than September 10, 2024, or within two business days of received those records, whichever is sooner.

4. The discovery deadline in the Scheduling Order is extended as follows: Defendant may issue subpoenas duces tecum to Plaintiff's medical providers within seven days after receiving Plaintiff's supplemental production of her mental health treatment records.

It is so ORDERED.

ENTER: August 30, 2024

Joel C. Hoppe
United States Magistrate Judge