APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville DIVISION

Jane Doe

v.

The University of Virginia, et al

CASE NO.: 3:23 cv 18

DATE: 8-30-24

TYPE OF HEARING: Discovery Hearing

*************************************************************************************

PARTIES:
1. Joel C. Hoppe USMJ
2. ✓ Devon Munro
3. ✓ Elizabeth Abdnour
4. ✓ Amy Hensley
5. ✓ Christopher Bernhardt
6. 
7. 
8. 
9. 
10. 

*************************************************************************************

Recorded by: Melissa Ballweg (FTR)   Time in Court: 9:31 - 10:10 = 39 mins.

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 9:31 | 1,3 | 53 | 1,4 | 04 | 3,1 |  | 3 |  |  |
|  | 2,1 |  | 1,4 | 05 | 4,1 |  |  |  |  |
| 32 | 4,5 |  | 1,4 |  | 3,1 |  |  |  |  |
|  | 1 |  | 1 |  | 4 |  |  |  |  |
| 34 | 4 | 54 | 3,1 | 06 | 3,1 |  |  |  |  |
| 39 | 1 | 55 | 3 |  | 4 |  |  |  |  |
| 40 | 3 | 56 | 1,3 | 08 | 1,4 |  |  |  |  |
| 43 | 1 |  | 1 |  | 3,1 |  |  |  |  |
| 44 | 3 | 57 | 3,1 |  | 4 |  |  |  |  |
| 45 | 1,4 |  | 3 | 09 | 1 |  |  |  |  |
| 48 | 1,4 | 58 | 1,3 | 10 | 4,1 |  |  |  |  |
| 50 | 1,4 |  | 1 |  | 4,1 |  |  |  |  |
| 51 | 1,4 | 61 | 3,1 |  | 4,1 |  |  |  |  |
|  | 1 |  | 1,4 |  | 3,4 |  |  |  |  |
| 52 | 4 | 03 | 1 |  | 1,4 |  |  |  |  |