# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILEE DIVISION

**Jane Doe**

**vs.**

**The University of Virginia et al**

Action No: 3:23-cv-18

Date: 8/30/24

Judge: Joel C. Hoppe, USMJ

Court Reporter: Melissa Ballweg, Cisco Manager

Deputy Clerk: Melissa Ballweg

<u>Plaintiff Attorney(s)</u>
Devon J. Munro
Elizabeth Abdnour

<u>Defendant Attorney(s)</u>
Amy E. Hensley
Christopher P. Bernhardt

PROCEEDINGS:
Telephonic Discovery Hearing

Parties argued
Court makes ruling

Order to follow

Time in Court: 9:31 – 10:10 = 39 mins