# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| **Jane Doe** | Action No: 3:23-cv-00018 |
|  | Date: 9/10/2024 |
| v. | Judge:   Joel C. Hoppe, USMJ |
|  | Court Reporter:   Melissa Ballweg, Cisco Conference Manager |
| **The University of Virginia et al** | Deputy Clerk:   Karen Dotson |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Devon J. Munro | Amy Elizabeth Hensley |
| Elizabeth Kamm Abdnour | Christopher Praeger Bernhardt |
|  | (Dan Marino for deponent) |

PROCEEDINGS:

Telephonic Discovery Hearing:

Parties argue re: specific questions to ask at deposition

Time in Court: 12:22 -12:39=17 minutes