# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA

Jane Doe )  CASE NO.: 3:23CV00018
v. )  DATE: 9/10/24
The University of Virginia, et al )
)
TYPE OF HEARING: disc. hrg. )  Time in Court: 12:23 - 12:39 = 16 mins

****************************************************************************

**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe
2. Elizabeth Abdnour
3. Amy Hensley
4. Dan Marino
5. Jane Doe
6. Karen Dotson
7.
8.
9. deputy clerk - Melissa Ballweg
10.

****************************************************************************

CD NO(S). Recorded using Cisco Conference Manager and saved to Charlottesville drive       RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 12:23 | | 29 | 2,1 | 37 | 4,2 | | | | |
| | | | 3,1 | 38 | 1,4 | | | | |
| | | | 1,5 | | 2,1 | | | | |
| | | | 1,5 | 39 | 2,3 | | | | |
| | | | 1,5 | | 6,1 | | | | |
| | | 30 | 1,5 | | 6,1 | | | | |
| | | | 1 | | 2,4 | | | | |
| 23 | 1,2 | 31 | 5,1 | | 1 | | | | |
| | 2,4 | | 5,1 | | | | | | |
| | 1,4 | | 1,4 | | | | | | |
| 26 | 1 | 33 | 1,2 | | | | | | |
| 27 | 4 | 34 | 1,3 | | | | | | |
| 28 | 1 | 35 | 1 | | | | | | |