CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
September 10, 2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Jane Doe,<br>　　Plaintiff,<br><br>v.<br><br>Rector and Visitors of the University of Virginia,<br>　　Defendant. | Civil Action No. 3:23cv00018<br><br><u>ORDER</u><br><br>By:　Joel C. Hoppe<br>United States Magistrate Judge |

　　In email correspondence between the parties, the Plaintiff updated the Court as to her efforts to obtain her mental health records and asked for a short extension to produce them to Defendant. In an email response, Defendant stated that it did not oppose the extension and requested an extension of seven days "to designate and identify in a supplemental discovery response Plaintiff's mental health records once they are produced and/or obtained by subpoena duces tecum." Def.'s Email, Sept. 10, 2024, at 11:12 a.m.

　　Finding good cause, the Court GRANTS the Plaintiff's request and extends the following deadline:

　　1. Plaintiff shall supplement her production of mental health treatment records no later than September 13, 2024. *See* Order ¶ 3, ECF No. 53.

　　2. Within seven (7) days, the parties shall confer and submit to the Court a proposed deadline for Defendant to supplement its discovery response.

　　It is so ORDERED.

ENTER: September 10, 2024

Joel C. Hoppe
United States Magistrate Judge