IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,** | |
| **Plaintiff,** | |
| v. | Case No. 3:23-cv-00018-RSB |
| **RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,** | |
| **Defendant.** | |

## DEFENDANT'S MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant the Rector and Visitors of the University of Virginia, by counsel, respectfully moves this Court for leave to file a 40-page memorandum in support of its forthcoming motion for summary judgment. Pursuant to the Scheduling Order (ECF No. 30), the length of such a memorandum is limited to 25 pages without leave of the court. September 25, 2024, is the deadline to file motions for summary judgment. The concurrently filed Memorandum fully sets forth the grounds supporting this Motion. Counsel for Plaintiff does not agree to the granting of this motion.

Respectfully submitted,

**THE RECTOR AND VISTORS OF THE UNIVERSITY OF VIRGINIA**

By Counsel:   /s/ Christopher P. Bernhardt
Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 371-0977
Facsimile:    (804) 371-2087
Email: cbernhardt@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Thomas J. Sanford
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/ Trial Section Chief

Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 371-0977
Facsimile:    (804) 371-2087
Email: cbernhardt@oag.state.va.us

Amy E. Hensley* (VSB No. 80470)
Associate University Counsel/Assistant Attorney General
Madison Hall
1827 University Avenue
Charlottesville, Virginia 22904
Telephone:    (434) 924-3685
Email: aehensley@virginia.edu
*Counsel of Record*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 23rd day of September of 2024, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the plaintiff.

             By:  /s/ Christopher P. Bernhardt
             Christopher P. Bernhardt (VSB No. 80133)
             Assistant Attorney General
             Office of the Virginia Attorney General
             202 North 9th Street
             Richmond, Virginia 23219
             Telephone:  (804) 371-0977
             Facsimile:  (804) 371-2087
             Email: cbernhardt@oag.state.va.us