IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JANE DOE,

          **Plaintiff,**

v.

RECTOR AND VISITORS OF THE
UNIVERSITY OF VIRGINIA,

          **Defendant.**

Case No. 3:23-cv-00018-RSB

## ORDER

Defendant the Rector and Visitors of the University of Virginia, by counsel, moved this Court for leave to file a 40-page memorandum in support of its forthcoming motion for summary judgment.

It appearing that good cause has been shown and that it would be proper to do so, the motion is granted. Defendant is granted leave to file a memorandum in support of its motion for summary judgment that does not exceed 40 pages. Plaintiff may file a responsive brief that does not exceed 40 pages.

Entered this _____ day of _____, 2024.

_____
United States Magistrate Judge