IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,**<br><br>        **Defendant.** | Case No. 3:23-cv-00018-RSB |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jane Doe, through undersigned counsel, respectfully submits this Response to Defendant's Memorandum in Support of Motion to Exceed Page Limit for Memorandum in Support of Motion for Summary Judgment ("Motion") (ECF No. 62).

Defendant writes, "Plaintiff does not agree to the granting of this motion." In fact, that is not the case. Plaintiff agreed to the granting of this motion in exchange for the following:

- An additional two weeks to respond to Defendant's Motion for Summary Judgment, given the significant additional length and the fact that Attorney Abdnour has responses to Motions for Summary Judgment and to Exclude due in another case on October 18, 2024, and

- A response to the attached discovery request, which Defendant objected to on the grounds that the discovery request was sent less than 30 days before discovery closed, even though the subject matter of the discovery (the identity of a witness Defendant intends to call at trial) was only made known to Plaintiff on August 16, 2024, just 25 days

`

1

2024, just 25 days before discovery closed, so it would have been impossible for Plaintiff to request the information more than 30 days before discovery closed. *See* Exhibit 1. Defendant's counsel refused to engage in negotiation with Plaintiff's counsel. A copy of the communications between counsel is attached as Exhibit 2.

There is one plaintiff, one remaining defendant, and one remaining claim in this matter. Defendant has not sufficiently provided a rationale for its need for almost doubling its allotted page length, with no consideration provided for the additional time it will take Plaintiff to respond to such a lengthy motion.

Plaintiff respectfully requests that this Court either deny Defendant's Motion, or, alternately, that this Court grant the Motion, provide Plaintiff with two additional weeks to file her response, and order Defendant to withdraw its objections and respond to the August 22, 2024 discovery request.

Dated: September 23, 2024    Respectfully submitted,

*s/Elizabeth K. Abdnour*

Elizabeth K. Abdnour
*Pro Hac Vice*
ABDNOUR WEIKER LLP
500 E. Michigan Ave., Suite 130
Lansing, Michigan 48912
Phone: (517) 994-1776
Fax: (614) 417-5081
liz@education-rights.com

Devon J. Munro (VSB # 47833)
Munro Byrd, P.C.
120 Day Ave. SW, First Floor
Roanoke, Virginia 24016
(540) 283-9343
dmunro@trialsva.com

*Attorneys for Plaintiff*

`

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2024, a true and accurate copy of the foregoing document was filed using the Court's ECM/ECF filing system, which will send an electronic notification to all counsel of record.

*s/ Elizabeth K. Abdnour*
Attorney at Law
