UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

JANE DOE,

Plaintiff,

v.                                                          Case No. 3:23-cv-00018-RSB

RECTOR AND VISITORS OF THE
UNIVERSITY OF VIRGINIA,

Defendant.

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Now comes Defendant, the Rector and Visitors of the University of Virginia, by counsel, and provides the following objections to Plaintiff Jane Doe's ("Plaintiff" or "Doe") Second Set of Interrogatories and Requests for Production to Defendant.

### INTERROGATORIES

### INTERROGATORY NO. 6:

Please identify every person who may have knowledge of the following allegations included in Defendant's August 16, 2024 letter to Counsel for Plaintiff, including but not limited to the third party referenced and/or the individual(s) with whom the photograph(s) and/or video were shared:

> In Plaintiff's response to Request for Production Number 3 she stated that no responsive documents are known to her. We have discovered through a third party that your client likely shared a photograph or photographs and/or video regarding an interaction with Gabriel Finder over a social networking site such as WhatsApp. Any photograph, video, and/or message that Plaintiff shared or sent

1

over WhatsApp or any other social networking site relating to the allegations in the Amended Complaint are responsive and must be produced.

**OBJECTION:**

**Defendant objects to Interrogatory Number 6 because it is untimely under the Scheduling Order. ECF No. 30. The Scheduling Order requires "that all written discovery be served in sufficient time to allow a response before the cutoff date for discovery." ECF No. 30 at 4. The cutoff date for discovery in this matter was September 10, 2024. Plaintiff served this discovery request on Defendant on August 22, 2024, which did not allow sufficient time for a response before September 10, 2024.**

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 13:**

Please produce all documents and/or communications related to Plaintiff's Interrogatory No. 6.

**OBJECTION:**

**Defendant objects to Request for Production Number 13 because it is untimely under the Scheduling Order. ECF No. 30. The Scheduling Order requires "that all written discovery be served in sufficient time to allow a response before the cutoff date for discovery." ECF No. 30 at 4. The cutoff date for discovery in this matter was September 10, 2024. Plaintiff served this discovery request on Defendant on August 22, 2024, which did not allow sufficient time for a response before September 10, 2024.**

        Respectfully submitted,

**THE RECTOR AND VISTORS OF THE UNIVERSITY OF VIRGINIA**

By Counsel:  /s/ Christopher P. Bernhardt
Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:     (804) 371-0977
Facsimile:      (804) 371-2087
Email: cbernhardt@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Thomas J. Sanford
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/ Trial Section Chief

Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:     (804) 371-0977
Facsimile:      (804) 371-2087
Email: cbernhardt@oag.state.va.us

Amy E. Hensley* (VSB No. 80470)
Associate University Counsel/Assistant Attorney General
Madison Hall
1827 University Avenue
Charlottesville, Virginia 22904
Telephone:     (434) 924-3685
Email: aehensley@virginia.edu
*Counsel of Record*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September of 2024, a true and accurate copy of the foregoing document was sent by electronic mail to Plaintiff's counsel:

Devon J. Munro
dmunro@trialsva.com

Elizabeth Abdnour
liz@education-rights.com

By:   /s/ Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:   (804) 371-0977
Facsimile:   (804) 371-2087
Email: cbernhardt@oag.state.va.us