IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,** | |
| **Plaintiff,** | |
| v. | Case No. 3:23-cv-00018-RSB |
| **RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,** | |
| **Defendant.** | |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant the Rector and Visitors of the University of Virginia seeks leave to file a 40-page memorandum in support of its motion for summary judgment that will respond to the 31-pages of factual allegations in Plaintiff's Amended Complaint that relate to the remaining claims. Defendant needs additional pages to set out the undisputed material facts relevant to both the events of the December 2018-January 2019 J-Term and its thorough, and comprehensive, Title IX investigation that required 23 witness interviews and resulted in a 319-page final report with 57 exhibits totaling 1,737 pages. Accordingly, Defendant seeks an additional 15 pages to present the material facts and relevant legal arguments.

The trial is set to begin on December 9, 2024. The deadline for hearing Defendant's motion for summary judgment is October 25, 2024. ECF No. 30. Plaintiff's requested two-week extension would make her responsive brief due on October 23, 2024, which would not allow Defendant time to file its rebuttal brief before the deadline for the hearing on the motion for summary judgment. The requested extension is inconsistent with the Court's scheduling order, which is why Defendant did not agree to it.

Defendant respectfully requests that the Court enter an order granting it leave to file a memorandum in support of its forthcoming motion for summary judgment that does not exceed 40 pages.

                    Respectfully submitted,

                    **THE RECTOR AND VISTORS OF THE UNIVERSITY OF VIRGINIA**

                    By Counsel:   /s/ Christopher P. Bernhardt
Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 371-0977
Facsimile:    (804) 371-2087
Email: cbernhardt@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Thomas J. Sanford
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/ Trial Section Chief

Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 371-0977
Facsimile:    (804) 371-2087
Email: cbernhardt@oag.state.va.us

Amy E. Hensley* (VSB No. 80470)
Associate University Counsel/Assistant Attorney General
Madison Hall
1827 University Avenue
Charlottesville, Virginia 22904
Telephone:     (434) 924-3685
Email: aehensley@virginia.edu
*Counsel of Record*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September of 2024, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the plaintiff.

By:   /s/ Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:     (804) 371-0977
Facsimile:     (804) 371-2087
Email: cbernhardt@oag.state.va.us