IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>                **Plaintiff,**<br><br>v.<br><br>**RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,**<br><br>                **Defendant.** | Case No. 3:23-cv-00018-RSB |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant the Rector and Visitors of the University of Virginia, by counsel and pursuant to Federal Rule of Civil Procedure 56(a), moves this Court for summary judgment of Plaintiff's Amended Complaint (ECF No. 21). Defendant files an accompanying Memorandum in Support of its Motion for Summary Judgment herewith.

Respectfully submitted,

THE RECTOR AND VISTORS OF THE
UNIVERSITY OF VIRGINIA

By Counsel:   /s/ Christopher P. Bernhardt
Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:   (804) 371-0977
Facsimile:   (804) 371-2087
Email: cbernhardt@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Thomas J. Sanford
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/ Trial Section Chief

Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 371-0977
Facsimile:    (804) 371-2087
Email: cbernhardt@oag.state.va.us

Amy E. Hensley* (VSB No. 80470)
Associate University Counsel/Assistant Attorney General
Madison Hall
1827 University Avenue
Charlottesville, Virginia 22904
Telephone:    (434) 924-3685
Email: aehensley@virginia.edu
*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September of 2024, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the plaintiff.

By:  /s/ Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 371-0977
Facsimile:    (804) 371-2087
Email: cbernhardt@oag.state.va.us