In the Matter of:

Jane Doe

v.

The University of Virginia, et al.

Asher Biemann

August 9, 2024



Phone: 703-837-0076
Fax: 703-837-8118
Toll Free: 877-837-0077

1010 Cameron Street
Alexandria, VA 22310
transcript@casamo.com

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF VIRGINIA
                    Charlottesville Division

- - - - - - - - - - - - - - x

JANE DOE,

        Plaintiff,

   - vs -                           Case No.
                                      3:23-cv-00018-RSB
THE UNIVERSITY OF VIRGINIA,
et al.,

        Defendants.

- - - - - - - - - - - - - - x


                                    Manassas, Virginia

                                    Friday, August 9, 2024


Deposition of

                    ASHER BIEMANN

a witness, was called for examination by counsel

on behalf of the Plaintiff, pursuant to notice,

taken via the ZOOM Module, beginning at 10:00

o'clock a.m., before MICHELLE L. DONATH, a

Verbatim Reporter and Notary Public in and for

the State of Virginia, at large, when there were

present on behalf of the respective parties:
```

```
 1   complaint and puzzled by it, and I think we
 2   shared that sense of puzzlement.
 3       Q   And tell me what surprised and puzzled
 4   you.
 5       A   The complaint seemed to make certain
 6   allegations, for lack of better word, that I
 7   didn't quite understand why they were there, and
 8   I did not understand them.
 9           During the entire process, I did my
10   utmost to help the student, the Plaintiff, and to
11   care for her, and it took me by surprise, and I
12   shared that sense of surprise with my wife.
13       Q   So specifically, which allegations were
14   you surprised by?
15       A   Well, allegations that suggested that I
16   -- that I knew or should have known the nature of
17   the relationship with the Plaintiff and Professor
18   Finder, and also allegations that I did not act
19   in an expeditious manner to assist the students
20   to get professional help.
21       Q   So why did the allegation that you knew
22   or should have known about the relationship
```

```
 1   surprise you?
 2        A    Because I did not know about it and
 3   wondered how could I have known about it.
 4        Q    Okay.  And why did the allegation that
 5   you did not assist the Plaintiff in an
 6   expeditious manner surprise you?
 7        A    Because I believed that I acted very
 8   quickly under the circumstances, and with all the
 9   ambiguities of the case, and I acted with -- my
10   first impulse was to help the student and to make
11   sure she's going to be okay and that we get
12   possible professional help and a chance to share
13   her story with the professional.
14        Q    You just referenced the ambiguities of
15   the case.  What are those ambiguities?
16        A    Well, for me, the ambiguities were that
17   the case was presented to me as a relation -- as
18   a consensual relationship that lasted for more
19   than one year with a colleague of mine, and that
20   relationship had gone awry.
21             And for me, the ambiguity lies in what
22   do you do with a consensual relationship between
```

```
 1   your recollection of those two incidents, so
 2   let's start with the first one.
 3             In the complaint and in the
 4   investigative report, which I know you probably
 5   have not reviewed, there was a description of a
 6   dinner where Dr. Finder, Jane Doe, yourself, and
 7   I believe the woman who is now your wife had a
 8   meal together.
 9             Do you recall that?
10       A    Yes, I do recall the dinner.
11       Q    Okay.  So tell me about that dinner, you
12   know, to the extent that you recall what was
13   discussed, you know, how did the dinner go, just,
14   you know, what you can recall from it.
15       A    The dinner took place I believe on
16   December 27th in Vienna.  It took place in a
17   vegetarian restaurant, and the reason is that
18   Professor Finder and also my wife are vegetarian.
19   I don't remember now whether Jane Doe is also a
20   vegetarian, but there was a good reason to go to
21   the vegetarian restaurant.
22             And it -- well, either way, I understood
```

1   the dinner was that it was a chance for us -- it

2   was the first evening.  We had just arrived in

3   Vienna, the first evening to discuss a bit how

4   the course would unfold, what we should do.

5           And actually Professor Finder spent a

6   good time of the dinner talking about -- talking

7   through the itinerary for the course.

8           I seem to remember that also my wife and

9   Jane Doe kind of spoke at the dinner

10  independently, and I think they had a warm

11  relationship, my wife and Jane Doe.

12      Q   And was this a common occurrence on

13  those trips that you would have dinner with Dr.

14  Finder to discuss the plans for the course at the

15  beginning, or was this a one-time thing?

16      A   No, this actually would be fairly

17  common, whether it was a dinner or that we're

18  going to a café.  We would simply sit together

19  and lay out the plan for the study abroad course.

20      Q   Got it.  And at any of those other

21  dinners, was there anyone else there, your wife

22  or any other students?  Or I'm sorry, I believe

```
 1         Q    Okay.  And do you recall who invited
 2   Jane Doe to that dinner?
 3         A    I -- I assume it was Dr. Finder.
 4         Q    Did you think it was unusual that he
 5   brought a student to that dinner?
 6         A    Not in the least.  We had taught courses
 7   together, and that often includes students to
 8   dinners.  And it seemed to me that this
 9   particular dinner at this particular moment also
10   gave a chance for the student, who had arrived my
11   understanding was that day, to have a dinner.
12              So I thought it was very normal that
13   Professor Finder had included her, because she
14   was there without the other students having
15   arrived, to simply have a dinner.
16         Q    And so did you know why she arrived
17   early?
18         A    I don't think I knew why she arrived
19   early.
20         Q    Was it common for a student to arrive
21   early?
22         A    It was not unusual.  Some students chose
```

```
 1   to travel a few days early to Europe, to see
 2   things, to use the trip already to do some
 3   sightseeing.  So it was not unusual that a
 4   student would arrive earlier.
 5        Q    And if you can recall, were those
 6   students who arrived early, were they generally
 7   invited to dinners with you two, or were they on
 8   their own?
 9        A    So the students -- again, I don't have a
10   clear recollection which students arrived earlier
11   and which ones took our trips, but many arrived
12   earlier and actually went to different cities
13   first to explore another place, another city.
14             So I don't remember now an incident
15   where we had a student who arrived early and we
16   had a dinner together.  I don't remember an
17   incident.  It may well have been, and if so, it
18   wouldn't have occurred to me as memorable.
19        Q    Okay.  During that dinner, how did Dr.
20   Finder and Jane Doe interact with each other?
21        A    I think very normally, nothing in the
22   interaction that suggested anything beyond a
```

```
 1   effect that she should relax and take good care

 2   of herself, something along those lines.

 3        Q    Got it.  And then after she left your

 4   office, did you talk to anybody about that

 5   conversation with her?

 6        A    So do you mean that -- that very moment,

 7   that very day, or --

 8        Q    No, I don't -- yeah, no, any time

 9   between that and then when she came to your

10   office the next time, ten days later, just

11   whether you discussed any of it with anybody.

12        A    Right.  So the conversation certainly

13   took me by surprise.  It was a lot of

14   information.  It was a story that I had not

15   anticipated.  Honestly, I had not anticipated it

16   in my wildest fantasy.

17             And because it was so much, and because

18   it put me also in a state of surprise, I sat down

19   to simply organize my mind and kind of try to

20   record what I had heard in the story.

21             And then I -- knowing that the story was

22   consensual, I also was questioning myself, asking
```

```
 1         Q    Okay.  I don't have anymore questions.
 2   Thank you so much for your time.  I really
 3   appreciate it.
 4         A    You're welcome.
 5              MR. BERNHARDT:  Elizabeth, are you ready
 6   for me to -- okay.
 7          EXAMINATION ON BEHALF OF DEFENDANT UVA
 8              BY MR. BERNHARDT:
 9         Q    This is Chris Bernhardt, and I represent
10   UVA, and I'm going to go ahead and ask Professor
11   Biemann a few questions.
12              Professor Biemann, during the J-Term
13   trip that happened between December 2018 and
14   January of 2019, did you see Professor Finder
15   make any romantic advances to Jane Doe?
16         A    I do not recall seeing any romantic
17   advances in his words or in actions.  And I
18   believe if I had seen that, I would remember it.
19         Q    Professor Biemann, during the J-Term
20   trip in December of 2018 through January of 2019,
21   at any point did you hear Professor Finder make
22   any sexually suggestive comments to Jane Doe?
```

```
 1        A    No, I don't recall hearing any
 2   suggestive comments.
 3        Q    And during the J-Term trip between
 4   December of 2018 and January of 2019, did you
 5   ever see Professor Finder touch Jane Doe in a
 6   sexual manner?
 7        A    No, I did not see him touch her in any
 8   sexual manner.
 9        Q    Did Professor Finder during the December
10   2018 and January 2019 J-Term trip ever express to
11   you that he had any physical attraction to Jane
12   Doe?
13        A    No, he did not.
14        Q    Did Professor Finder at any time express
15   to you that he had any physical attraction to
16   Jane Doe?
17        A    No, he did not.
18        Q    During the J-Term trip from December
19   2018 to January 2019, did you ever observe
20   Professor Finder engaging in anything that you
21   considered to be flirting with Jane Doe?
22        A    I do not recall an incident of him
```

```
 1   flirting, and I believe if I had seen that, I

 2   would have remembered it.

 3        Q    I believe you mentioned that Professor

 4   Finder would tend to engage in banter, humorous

 5   banter with his students.

 6             Did I understand that correctly?

 7        A    Yes, he did.

 8        Q    Is humorous banter something that Jane

 9   Doe would also engage in with you, for example?

10        A    I by nature am a more reserved person

11   than Professor Finder is.  But I think Jane Doe

12   was certainly also joking with me, and whether I

13   would call it banter or not, I'm not sure, but

14   she certainly, yeah, would also joke with me.

15        Q    And during the J-Term trip from December

16   2018 to January 2019, did you ever observe Jane

17   Doe joking with Professor Finder?

18        A    Joking, yes, and as did other students.

19   So, again, this was not an uncommon sight that

20   students would laugh and joke with Professor

21   Finder.

22        Q    Professor Biemann, I believe that Jane
```

```
 1   Doe at some point was -- fell ill during the

 2   December 2018-January 2019 J-Term trip; is that

 3   correct?

 4        A    Yes, that's correct.

 5        Q    Did you ever ask her how she was doing

 6   during the December 2018-January 2019 J-Term

 7   trip?

 8        A    Yes, I did.  She felt ill in the -- it

 9   was the evening.  Maybe the second day we went to

10   a movie theater, the entire class, to watch The

11   Third Man, and Jane Doe felt that she was coming

12   down with the flu.  And I asked her how she was

13   doing and asked her to rest and maybe take a day

14   off.

15             If I'm not mistaken, she took the next

16   morning off, and I believe the next morning was

17   actually a free morning.  She took that off, and

18   then felt better in the afternoon and returned to

19   the class.

20        Q    Do you recall any other times during the

21   J-Term trip that you checked on how Jane Doe was

22   doing?
```

```
 1        A    Well, this is a time where I felt she
 2   was really not well, so I asked her how she was
 3   doing, was everything okay.  She told me that she
 4   is not feeling well, that she is feeling sick,
 5   and she was getting sick, so it made perfect
 6   sense to me.
 7             I don't recall another time where she
 8   was really not well.
 9        Q    And did at any time during the J-Term
10   trip between December 2018 to January '19, did
11   Jane Doe ever tell you that Professor Finder had
12   made any sexual advances toward her?
13        A    No, she did not.
14             MR. BERNHARDT:  I have no further
15   questions.  Thank you, Professor Biemann.
16             MS. ABDNOUR:  And I don't have any
17   follow-up.
18             MR. BERNHARDT:  Michelle, Professor
19   Biemann would like to read his transcript.
20             COURT REPORTER:  Absolutely, yes.
21             And, ma'am, Ms. Abdnour, did you want
22   that typed then?
```

```
 1              MS. ABDNOUR:  Yes, please.
 2              COURT REPORTER:  Okay.  And, Mr.
 3     Bernhardt, do you want a copy?
 4              MR. BERNHARDT:  Yes, please, just a PDF.
 5              COURT REPORTER:  Okay, thank you.
 6              (Whereupon, at approximately 12:40
 7     o'clock p.m., the taking of the deposition was
 8     concluded.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

* * * * *

CERTIFICATE OF NOTARY PUBLIC

I, MICHELLE L. DONATH, a Verbatim Reporter and the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me, that the testimony of said witness was taken by me steno graphically and that I thereafter reduced the same to typewriting; that said deposition is a true record of the testimony given by said witness; and that I have no interest in said proceedings, financial or otherwise, nor through relationship with any of the parties in interest of their counsel.

_____
MICHELLE L. DONATH
NOTARY ID NUMBER 7111300
Notary Public in and for the
State of Virginia, at Large.

My commission expires:
May 31, 2028