# Exhibit 4

# Final Investigation Report and Exhibits

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.