

# UVA ARTS & SCIENCES
# The College

# 2019-2020 Academic Calendar

**Page Contents**

## Fall Semester 2019

*Tuesday, July 30, 2019*
Last Day to Apply for Readmission for the Fall 2019 Semester (Use eForm in SIS)

*Monday, August 5–Tuesday, October 1, 2019*
Students Apply in SIS for December 2019 Graduation

*Friday, August 23–Monday, August 26, 2019*
Arrival of New Students and Start of Fall Orientation (Wahoo Welcome)

*Monday, August 26, 2019*
Deadline to File for Leave of Absence For Fall 2019

*Monday, August 26–Friday, August 30, 2019*
Advising for New Students

*Tuesday, August 27, 2019*
Classes Begin

*Tuesday, September 10, 2019*
Last Day to:

- Drop a Class
- Add a Class
- Select the AU (Audit) Option
- Change to or from "Credit/No Credit" Option

*Sunday, September 15, 2019*
Readmission Application for January Term and Spring (available via SIS)

*Friday, October 4, 2019*
Last Day of Classes before Reading Holiday

*Saturday, October 5–Tuesday, October 8, 2019*
Reading Days

*Wednesday, October 9, 2019*
Classes Resume

*Friday, October 11, 2019*
Class Search Available for Spring 2020 Classes

*Friday, October 18–Sunday, October 20, 2019*

UVA012100

Family Weekend

*Tuesday, October 22, 2019*
Last Day to Withdraw from a Class

*Monday, October 21–Friday, November 1, 2019*
Advising for Spring 2020 Course Selection

*Monday, November 4–Friday, December 13, 2019*
Students Apply in SIS for May 2020 Graduation

*Monday, November 4–Friday, November 8, 2019*
Undergraduate Enrollment for Spring 2020 Classes (Election Day excluded)

*Friday, November 15, 2019*
Last Day to Withdraw from the University and Return for Spring 2020 Semester

*Tuesday, November 26, 2019*
Last Day of Classes before Thanksgiving Recess

*Tuesday, November 26, 2019*
Last Day to Request Change in Examination Schedule

*Wednesday, November 27–Sunday, December 1, 2019*
Thanksgiving Recess

*Monday, December 2, 2019*
Classes Resume

*Thursday, December 5, 2019*

UVA012101

Last Day to Apply for Readmission for January Term 2020 (Use eForm in SIS)

*Friday, December 6, 2019*
Classes End

*Friday, December 6, 2019*
Last Day for Fourth-Semester Students to Declare a Major

*Monday, December 9–Tuesday, December 17, 2019*
Course Examinations

*Thursday, December 12–Sunday, December 15, 2019*
Reading Days

*Monday, December 16, 2019*
Last Day to Apply for Readmission for the Spring 2020 Term (Use eForm in SIS)

*Monday, January 13, 2020*
Deadline for Completing Authorized Incompletes from the Fall Semester

# January Term 2020

*Thursday, January 2, 2020*
January Term Courses Begin (Class Held on Saturday, January 4)

UVA012102

*Saturday, January 11, 2020*
January Term Courses End (Class Held)

# Spring 2020 Semester

*Monday, January 13, 2020*
Classes Begin

*Monday, January 20, 2020*
MLK Holiday - No Class

*Monday, January 27, 2020*
Last Day to:

- Drop a Class
- Add a Class
- Select the AU (Audit) Option
- Change to or from "Credit/No Credit" Option

*Sunday, March 1, 2020*
Application for Readmission for Summer and/or Fall 2020 Opens (Use eForm in SIS)

*Friday, March 6, 2020*
Last Day of Classes Before Spring Recess

UVA012103

*Saturday, March 7–Sunday, March 15, 2020*
Spring Recess

*Monday, March 16, 2020*
Last Day to Withdraw from a Class

*Friday, March 20, 2020*
Shopping Cart For Fall 2020 Enrollment Opens to Students

*Monday, March 23, 2020*
Advising for Fall 2020 Course Selection

*Tuesday, March 31, 2020*
Third- and Fourth-Year Students Enroll in Summer 2020 Classes

*Wednesday, April 1, 2020*
First- and Second-Year Students Enroll in Summer 2020 Classes

*Monday, April 6, 2020*
Undergraduate Enrollment Begins for Fall 2020 Classes
All students are limited to 15 credits until TBD at 8 AM (no exceptions).

*Tuesday, April 14, 2020*
Last Day to Withdraw from the University and Return for Fall 2020 Semester

*Wednesday, April 15–Wednesday, July 1, 2020*
Students Apply in SIS for August 2020 Graduation

UVA012104

*Wednesday, April 22, 2020*
Last Day to Request Change in Examination Schedule

*Tuesday, April 28, 2020*
Classes End

*Tuesday, April 28, 2020*
Last Day for Fourth-Semester Students to Declare a Major

*Wednesday, April 29, 2020*
Reading Day

*Thursday, April 30–Friday, May 8, 2020*
Course Examinations

*Sunday, May 3–Wednesday, May 6, 2020*
Reading Days

*Tuesday, May 12, 2020*
Final grades are due 48 hours after the final exam. ALL grades are due by May 12 at 5:00 PM.

*Saturday, May 16, 2020*
Final Exercises

*Friday, June 5, 2020*
Deadline for Completing Authorized Incompletes from the Spring

UVA012105

*Wednesday, July 1, 2020*
Last Day to Apply for August 2020 Graduation

*Thursday, July 2, 2020*
Last Day to Apply for Readmission for the Summer Session III

*Thursday, July 30, 2020*
Last Day to Apply for Readmission for the Fall 2020 Term

[View past academic calendars.](#)



College of Arts & Sciences
101 Monroe Hall
P.O. Box 400133
Charlottesville, VA 22904-4133

askthecollege@virginia.edu

(434) 924-3351

## Connect with a Dean

Talk to a dean via Zoom: Join the meeting room every Monday through Friday, 2:30-4:00, when classes are in session.

UVA012106

Join Zoom Meeting

## Not sure who to contact?

Advising in the College

## Looking for someone specific?

Academic Advising Deans

Directors of Undergraduate Programs

Undergraduate Advising Office Staff

World Language Coordinators



NON-DISCRIMINATION NOTICE    CONSUMER INFORMATION    ACCESSIBILITY    EMERGENCY
FOIA    PRIVACY

© 2024 BY THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA

UVA012107