Exhibit 8

March 11-16, 2020 Emails Between Laurie Casteen and Plaintiff

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.