# Exhibit 10

# John Roe Deposition Transcript

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.