CONFIDENTIAL

**From:** "Casteen, Laurie D (ldv4d)" <ldv4d@virginia.edu>
**Sent:** Mon, 16 Mar 2020 13:11:52 +0000
**To:** Jane Doe
**Subject:** Follow up re: policy and resources

Dear Jane Doe,

Following is the detailed email that I told you I would follow up with, to ensure that you are aware of all resources available to you, as well as policy-related info. As I mentioned, we can discuss any and all of this when we speak today at 11.

I want to ensure that you have immediate access to information about all available resources, rights, options, and next steps. The Resource and Reporting Guide for Students and Infographic offer a written explanation of these resources and options, and include detailed information about the following (I recognize that some of these may not feel applicable to your experience, but I want to ensure that you have a full array of available information):

- Your right to seek any appropriate medical treatment and the importance of obtaining and preserving forensic and other evidence
- Your right to contact law enforcement, decline to contact law enforcement, and/or seek a protective order, and the advantages of contacting law enforcement
- Your right to seek appropriate and available remedial and protective measures and how to request those resources and measures
- The University's prohibition against Retaliation and commitment to take prompt action in response to any act of Retaliation

The University will soon convene an "Evaluation Panel" to determine whether the reported information (and any other available information) indicates a threat to you or to the University community, and whether that threat may obligate the University to take some action. You can choose to share your preferences regarding University action if you would like to. You may request that your identity be withheld (anonymity), that no University investigation be pursued, and/or that no University discipline be imposed. You may also request that the University pursue either Alternative or Formal Resolution (an investigation), if available. The Evaluation Panel will seek to honor your preferences if possible, and I encourage you to communicate your preferences to me as soon as possible so that I can provide them to the Evaluation Panel for their consideration. You can share your preferences with me by responding to this email, by calling me, or by meeting with me. I am hoping we can chat today via phone at 11 am.

Additionally, the Evaluation Panel will determine whether (under state law) the University is required to disclose the reported information to law enforcement, and this determination may be expedited if the reported information reflects an incident of sexual or gender-based violence that occurred within the last 72 hours. Any criminal reports or proceedings occur separately from University proceedings, and if you are contacted by law enforcement, you will have the opportunity to determine your level of participation in any such process.

A detailed explanation of the Evaluation Panel process can be found in Section V the Procedures HERE, and all of this information, as well as the full text of the *Policy on Sexual and Gender-Based Harassment and Other Forms of Interpersonal Violence* and the *Procedures for Reports* can be

UVA004572

accessed at http://eocr.virginia.edu/title-ix under "Title IX—Quick Links."

I know this is a lot of information to absorb, and we will speak in detail soon via phone. Please know that my primary objective is to support you, so I would be happy to answer any questions that you may have, or to connect you with additional resources.

Best,

LDC

Laurie Casteen
Associate Dean of Students
University of Virginia
Peabody Hall-2nd Floor/ P.O. Box 400708
Office (434) 924-8883 / Cell (434) 249-4109
Asst: Ms. Shelly Gibson- (434) 982-2047

This message and any attachments may contain confidential information concerning business in the Office of the Dean of Students, and is intended solely for the use of the addressee(s). If you are not the intended recipient, any disclosure, copying, or distribution of this confidential message is prohibited. If you have received this message in error, please notify the sender immediately by e-mail and delete the original message and any attachments from your system. Thank you for your cooperation.

UVA004573