# Exhibit 15

# Plaintiff's Student Disability Access Center Accommodations

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.