From: "Babb, Emily C (ecb6y)" <ecb6y@virginia.edu>
Sent: Mon, 30 Mar 2020 19:32:57 +0000
To: Jane Doe
Cc: Title IX Coordinator <titleixcoordinator@virginia.edu>, "Casteen, Laurie D (ldv4d)" <ldv4d@virginia.edu>
Subject: Confidential University Communication - Important Title IX Information
Attachments: image001.png

Dear Jane Doe,

Please allow me to introduce myself. I am the Assistant Vice President for Title IX Compliance and the Title IX Coordinator at the University of Virginia. In that role I am responsible for the team that investigates and responds to reports pursuant to the University's Policy on Sexual and Gender-Based Harassment and Other Forms of Interpersonal Violence.

I am writing because tomorrow I will be sending you important information concerning the report you made to Associate Dean of Students Laurie Casteen. Generally, this information is provided in-person; however as the EOCR/Title IX team as well as many University offices are now operating remotely, I will be providing you this information electronically via email tomorrow morning. If you would like to schedule a time to discuss the Notice of Investigation and next steps, I welcome the opportunity to speak with you via telephone or video conference and an advisor or support person may participate in such a call. Please know such a call/meeting is not required, but if you are interested in speaking, please let me know some dates/times that would work for you.

I have copied Dean Casteen, who you have been communicating with about your report, as she will serve as the point of contact for support and resources for you throughout the investigation. If you would like to meet with me, Dean Casteen can join and we can discuss our roles.

Best regards,

*Emily*

Emily C. Babb
Assistant Vice President for Title IX Compliance/Title IX Coordinator

O'Neil Hall
445 Rugby Road
Post Office Box 400211
Charlottesville, VA 22904-4211
434.297.7643
ecb6y@virginia.edu
Pronouns: she, her, hers