# Exhibit 17

# March 31, 2020 Notice of Investigation

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.