CONFIDENTIAL

**From:** "Babb, Emily C (ecb6y)" <ecb6y@virginia.edu>
**Sent:** Tue, 31 Mar 2020 14:42:37 +0000
**To:** Jane Doe
**Cc:** "Groves, Allen William (awg8vd)" <awg8vd@virginia.edu>, Title IX Coordinator <titleixcoordinator@virginia.edu>, "Casteen, Laurie D (ldv4d)" <ldv4d@virginia.edu>, "Evans, Stuart (se4mz)" <se4mz@virginia.edu>, "Barnes, LaTosha (lb7rc)" <lb7rc@virginia.edu>
**Subject:** RE: Confidential University Communication - Important Title IX Information
**Attachments:** Notice of Investigation - Complainant.pdf; List of Advisors_Complainant.pdf; Title IX Advisor FAQ.pdf; Title IX Umbrella Policy.pdf; Appendix A-1 Student Resource Guide.pdf; Appendix B Employee Procedures.pdf; University of Virginia Flowchart for Employees.July2016.pdf; Conflict of Interest, Faculty _ Office of the Executive Vice President and Provost.pdf; image001.png

Dear Jane Doe

I am writing to follow-up to yesterday's email message and to notify you that the University is opening a Formal Resolution (formal investigation) where you are identified as the Complainant and John Roe is identified as the Respondent pursuant to the University's Policy on Sexual and Gender-Based Harassment and Other Forms of Interpersonal Violence (Title IX Policy).

Typically, we provide this information to you in person; however, as the University is currently operating remotely, I am writing to provide this information to you electronically. I welcome the opportunity to speak with you either through telephone or video conference if you have any questions about the Notice of Investigation or next steps.

Attached to this message is the written Notice of Investigation, a letter addressed to you, which outlines the alleged conduct and the potential Title IX Policy violations. This letter also explains your rights in the formal investigation and what you can expect.

I have assigned Stuart Evans, Title IX Investigator, and Tosha Barnes, Equal Opportunity and Civil Rights Specialist, who I have copied on this message to investigate this matter. If you believe Mr. Evans or Ms. Barnes have an actual conflict of interest, please notify me in writing by email within 72 hours of the date of this notice to challenge their participation.

In addition, attached to this message are the following documents, which outlines the University's process and explain available resources:
- Title IX Policy
- Conflicts of Interest Policy
- Appendix B: Procedures for Reports Against Employees
- Appendix A1: Student Resource and Reporting Guide
- Employee Infographic (Path of the Report)

I have also attached a list of advisors and an Advisor FAQ. You have the right to have an advisor accompany you throughout the Title IX process. An advisor may be anyone who is not a party or witness. You may have an attorney as an advisor. If you identify an advisor, please let me or the investigators know and we will include that individual on all communications.

I have copied Associate Dean of Students Laurie Casteen on this message as she serves a support role. If you need any support resources during this process, such as access to

CONFIDENTIAL

counseling services, academic accommodations, and the like, please contact Dean Casteen who can assist. She will also be notified at critical junctures during the investigation so that she may offer you support.

If you have questions about this process, please do not hesitate to contact me via email or at the telephone number below. I welcome the opportunity to answer any questions you may have. You should expect a direct communication from Mr. Evans and Ms. Barnes about next steps soon and they will serve as your primary point of contact during the investigation.

Best regards,

*Emily*

Emily C. Babb
Assistant Vice President for Title IX Compliance/Title IX Coordinator

O'Neil Hall
445 Rugby Road
Post Office Box 400211
Charlottesville, VA 22904-4211
434.297.7643
ecb6y@virginia.edu
Pronouns: she, her, hers


**From:** Babb, Emily C (ecb6y)
**Sent:** Monday, March 30, 2020 3:33 PM
**To:** Jane Doe
**Cc:** Title IX Coordinator <titleixcoordinator@virginia.edu>; Casteen, Laurie D (ldv4d) <ldv4d@virginia.edu>
**Subject:** Confidential University Communication - Important Title IX Information

Dear Jane Doe

Please allow me to introduce myself. I am the Assistant Vice President for Title IX Compliance and the Title IX Coordinator at the University of Virginia. In that role I am responsible for the team that investigates and responds to reports pursuant to the University's Policy on Sexual and Gender-Based Harassment and Other Forms of Interpersonal Violence.

I am writing because tomorrow I will be sending you important information concerning the report you made to Associate Dean of Students Laurie Casteen. Generally, this information is provided in-person; however as the EOCR/Title IX team as well as many University offices are now operating remotely, I will be providing you this information electronically via email tomorrow morning. If you would like to schedule a time to discuss the Notice of Investigation and next steps, I welcome the opportunity to speak with you via telephone or video conference and an advisor or support person may participate in such a call. Please know such a