From: "Barnes, LaTosha (lb7rc)" <lb7rc@virginia.edu>
Sent: Tue, 7 Apr 2020 18:32:14 +0000
To: Jane Doe
Cc: "Evans, Stuart (se4mz)" <se4mz@virginia.edu>
Subject: RE: CONFIDENTIAL UVA TITLE IX COMMUNICATION - INITIAL OUTREACH

Hi Jane Doe,

Of course, we can reschedule the interview. Let's wait until you are all set up with Palma before we put a new interview date on the calendar.

Sincerely,

Tosha

From: Jane Doe
Sent: Tuesday, April 7, 2020 1:31 PM
To: Barnes, LaTosha (lb7rc) <lb7rc@virginia.edu>
Subject: Re: CONFIDENTIAL UVA TITLE IX COMMUNICATION - INITIAL OUTREACH

Dear Ms. Barnes,

I was in contact with Palma Pustilnik yesterday and I am having an interview with Lindsay Raynor, a paralegal, today at 2PM. I am not sure what follows from that, but would you be ok with rescheduling our appointment? By Thursday I should be all set up with Ms. Pustilnik. Hopefully this does not cause any inconveniences for you or significantly delays the procedure. I am free all day Thursday so just let me know what time works best for you.

Best,

Jane Doe

On Mon, Apr 6, 2020 at 9:38 AM Barnes, LaTosha (lb7rc) < lb7rc@virginia.edu> wrote:


> I believe Palma's email address is palma@cvlas.org. Since you have not been in touch with her yet, I propose that we tentatively plan your interview for tomorrow, 2:30 PM – 4:30 PM. You will be able to access the video conference via this link: https://virginia.zoom.us/j/676362010. I have included Jenna Pritchett, Executive Assistant to the Title IX Office, to this email. She will be sending you a FERPA release form to review and sign prior to the interview.
>
> If you are unable to reach Palma before tomorrow afternoon, or if she is unavailable to be present during tomorrow's scheduled interview time, please let us know. We are happy to reschedule for another day to allow you time to secure an advisor to provide guidance and support throughout this process.