# Exhibit 21

# Plaintiff's UVA Academic Transcript

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.