# Exhibit 22

# May 21, 2020 Amended Notice of Investigation

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.