CONFIDENTIAL

| | |
|---|---|
| **From:** | Evans, Stuart (se4mz) |
| **To:** | Jane Doe |
| **Cc:** | Palma Pustilnik; Lyndsey Raynor; Barnes, LaTosha (lb7rc); Title IX Coordinator; Casteen, Laurie D (ldv4d) |
| **Subject:** | RE: Confidential University Communication -- Notice of Delay |
| **Date:** | Friday, May 29, 2020 9:32:53 AM |
| **Attachments:** | image001.png |
| **Importance:** | High |

Jane Doe

Good morning. I write to provide you with an update about the ongoing Title IX investigation. Pursuant to the Procedures, the 60-day time frame for completion of an investigation may be extended for good cause. Should such an extension be necessary, it is our responsibility to notify both parties in writing and provide the reason for the extension.  The 60-day time frame expires tomorrow.

Accordingly, I am writing to let you know that we are extending the anticipated date of distribution of the Draft Investigation Report due to delays in obtaining information from parties/witnesses, the increased scope of the investigation, and issues related to the COVID-19 global pandemic. We anticipate that the Draft Investigation Report will be issued on or before July 31, 2020.  Please note that this timeframe may be extended again for good cause. As a reminder, we will send an email one day before the issuance of the Draft Investigation Report notifying you of its upcoming release.

Please be assured that our goal is to resolve this matter as expeditiously and thoroughly as possible. We remain available to answer any questions you may have, and you also should feel free to contact the Title IX Coordinator, Emily Babb, directly with any questions about the process at titleixcoordinator@virginia.edu.

Sincerely,
Stuart

Stuart W. Evans
Investigator, Title-IX Office



445 Rugby Road
Post Office Box 400211
Charlottesville, VA 22904-4211
se4mz@virginia.edu
(434) 924-5520

UVA 005146