CONFIDENTIAL

| | |
|---|---|
| **From:** | Evans, Stuart (se4mz) |
| **To:** | Jane Doe |
| **Cc:** | Barnes, Tosha (lb7rc); Palma Pustilnik; Lyndsey Raynor; Title IX Coordinator; Casteen, Laurie D (ldv4d) |
| **Subject:** | RE: Confidential University Communication-- Second Notice of Delay |
| **Date:** | Friday, July 31, 2020 8:36:44 AM |
| **Attachments:** | image001.png |
| **Importance:** | High |

Jane Doe

I am writing to let you know that we are extending the anticipated date of distribution of the Draft Investigation Report. This additional extension is significant volume of evidence submitted by both parties in this matter. <u>The Draft Report will be issued in August 2020</u>.  As a reminder, I will send an email one day before the issuance of the Draft Investigation Report notifying you of its upcoming release.

If you have any questions or concerns, please don't hesitate to reach out to us.

Thanks again,
Stuart

Stuart W. Evans
Investigator, Title-IX Office



445 Rugby Road
Post Office Box 400211
Charlottesville, VA 22904-4211
se4mz@virginia.edu
Cell: 434.906.2076

he/him/his