CONFIDENTIAL

From: Barnes, Tosha (lb7rc)
Sent: Wed Aug 26 10:32:33 2020
To: Jane Doe
Cc: Babb, Emily C (ecb6y);Title IX Coordinator;Evans, Stuart (se4mz);Pritchett, Jenna (jep3f);Palma Pustilnik;Lyndsey Raynor
Subject: Confidential Issuance of Draft Investigation Report  Initials of parties
Importance: Normal

Dear  Jane Doe:

At the link below, you will find a copy of the Draft Investigation Report and exhibits in the Title IX matter involving you (JDC-GF):

https://virginia.box.com/s/und2q3a38uzbchcxg13c7l4h2myrofoe

This link is password protected. You will receive an email from me shortly containing the password. Please do not distribute the link or the password to individuals not involved in this matter. If you have difficulty accessing the shared folder, please contact the Title IX Office, Stuart, or me.

I encourage you to review the report with an advisor or support person, if you so choose.

You and the other party have the opportunity to respond to this report by **September 5, 2020**. You may provide that response in whatever format you wish. Stuart and I are available by phone or email if you wish to submit a response in either of those forms.

After you and the other party have had the opportunity to submit responses, Stuart and I will draft the Final Investigation Report which will include recommended findings as to whether a violation of the Title IX Policy and/or the Faculty Conflict of Interest Policy has occurred. The Final Investigation Report will contain instructions on next steps.

It is strictly your choice if you choose to respond to this Draft Investigation Report. Please do not hesitate to contact Stuart or me if you have any questions about this matter.

Sincerely,

Tosha

**LaTosha Barnes**
Equal Opportunity and Civil Rights Specialist

Office for Equal Opportunity and Civil Rights
Washington Hall, Hotel B, East Range
PO Box 400219
Charlottesville, VA 22904

CONFIDENTIAL

Phone: (434) 924-8074 | Email: lb7rc@virginia.edu

UVA004899

CONFIDENTIAL

From: Barnes, Tosha (lb7rc)
Sent: Wed Aug 26 10:33:40 2020
To:  Jane Doe
Cc: Babb, Emily C (ecb6y);Title IX Coordinator;Pritchett, Jenna (jep3f);Evans, Stuart (se4mz);Palma Pustilnik;Lyndsey Raynor
Subject: Confidential Issuance of Draft Investigation Report Initials of Parties
Importance: Normal

Dear Jane Doe:

The password to access the shared link is 201247. As previously stated, please do not share the link or the password to individuals not involved in this matter.

Sincerely,

Tosha

**LaTosha Barnes**
Equal Opportunity and Civil Rights Specialist

Office for Equal Opportunity and Civil Rights
Washington Hall, Hotel B, East Range
PO Box 400219
Charlottesville, VA 22904
Phone: (434) 924-8074 | Email:  lb7rc@virginia.edu