# Exhibit 27

# August 26-30, 2020 Casteen Emails

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.