# Exhibit 28

# November 2, 2020 2nd Amended Notice of Investigation

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.