**CONFIDENTIAL**

From: Evans, Stuart (se4mz)
Sent: Fri Feb 26 08:41:12 2021
To: 
Cc: Barnes, Tosha (lb7rc);Palma Pustilnik;Lyndsey Raynor;Title IX Coordinator
Subject: RE: Confidential University Communication -- Case Update
Importance: High

Jane Doe,

I am writing to provide an update on the status of the Title IX matter involving you. Tosha and I have been working on the Final Investigation Report since late January and anticipate submitting the report for legal review by mid-March. Based on that timeline, we believe it the Final Report will be released sometime in late March 2021. We know this is a bit later than we anticipated when we last communicated and we really appreciate you patience. Due to all of the new evidence (including new WhatsApp/text messages) submitted after the Draft Report, and the scope of the investigation, the Final Report will likely double in size from the Draft Report, to approximately 300 pages. Incorporating and analyzing this volume of information is the cause of the brief, additional delay in issuing the report. However, please rest assured our office will ensure that the parties have ample time to review the Final Report.

If you have any questions for us, please contact us at any time.

Thanks again,
Stuart

**Stuart W. Evans**
*Civil Rights Investigator*

445 Rugby Road
Post Office Box 400211
Charlottesville, VA 22904-4211
 se4mz@virginia.edu
434.906.2076
he/him/his