**CONFIDENTIAL**

From: Evans, Stuart (se4mz)
Sent: Wed Mar 31 13:17:00 2021
To: 
Cc: Barnes, Tosha (lb7rc);Palma Pustilnik;Lyndsey Raynor;Title IX Coordinator
Subject: RE: Case Status Update
Importance: High

Jane Doe,

I am writing to provide an update on the status of the Title IX matter involving you. As set forth in our most recent emails, incorporating and analyzing the large volume of evidence submitted in this case has taken longer than anticipated. Based on this, we believe the Final Report will be released sometime in April 2021; we do not anticipate having to extend this issuance date again. We appreciate your patience and will send an email the day before the Final Report is issued in order to notify you of its intended release.

If you have any questions for us, please contact us at any time.

Thanks again,
Stuart

**Stuart W. Evans**
*Civil Rights Investigator*

445 Rugby Road
Post Office Box 400211
Charlottesville, VA 22904-4211
se4mz@virginia.edu
434.906.2076
he/him/his

UVA009305