# Exhibit 31

# July 7, 2021 Review Panel Decision

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.