# Exhibit 34

# August 5, 2021 Executive Review

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.