In the Matter of:

Jane Doe
v.
The University of VA, et al

Akia Haynes Hale

September 6, 2024



Phone: 703-837-0076
Fax: 703-837-8118
Toll Free: 877-837-0077

1010 Cameron Street
Alexandria, VA 22310
transcript@casamo.com

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF VIRGINIA
 2

                                     )
 3   JANE DOE,                       )
                                     )
 4           Plaintiff,               )
                                     )
 5   v.                              )    Civil Action No.
                                     )         3:23-cv-00018
 6   THE UNIVERSITY OF               )
     VIRGINIA, et al.,               )
 7                                   )
             Defendants.             )
 8
 9
10           DEPOSITION of AKIA HAYNES HALE in the
11           above-entitled matter, held via
12           video-conference, on September 6, 2024,
13           stenographically reported by Jacqueline
14           Bennett, Registered Professional Reporter and
15           Notary Public in and for the Commonwealth of
16           Virginia.
17
18
19
20
21
22
```

```
 1              P R O C E E D I N G S
 2         (The proceedings commenced at 10:02 a.m.)
 3   A K I A   H A Y N E S   H A L E, having been duly
 4   called and sworn, testified as follows:
 5                     EXAMINATION
 6   BY MS. ABDNOUR:
 7      Q.  So Ms. Haynes Hale, what would you like me to
 8   call you?  That's my first question for you.  Would
 9   you like to be Akia or Ms. Haynes Hale or something
10   else?
11      A.  Akia is easier.
12      Q.  Okay.  Thanks, Akia.  I appreciate it.  I'm
13   going to go through sort of a little bit of just
14   background and housekeeping information before we get
15   into the questions.
16          I'm Liz Abdnour.  I'm with the law firm
17   Abdnour Weiker and I represent the plaintiff who we're
18   going to be referring to as Jane Doe today.
19          MS. ABDNOUR:  Just for the court reporter, if
20   anybody accidently uses her real name, we just ask
21   that you change it to Jane Doe in the record.
22          MR. BERNHARDT:  Defendant has no objection to
```

```
 1              (Off the record.)
 2
 3   BY MS. ABDNOUR:
 4       Q.   Okay.  Akia, there was -- and I was trying to
 5   find it during the break and I can't find it.  But
 6   there was in -- in the discovery that we received from
 7   UVA, there was an invoice from a law firm called
 8   Flora & Pettit that was sent to you on July 21st of
 9   2021 that referenced this case.  The invoice amount
10   was $5,000.  Do you remember anything about that
11   invoice?
12       A.   No.
13            MR. BERNHARDT:  Objection.  Form.
14       Q.   Okay.  Do you recall ever working with the
15   law firm Flora & Pettit?
16       A.   The name sounds familiar, but I don't recall
17   working with them directly, no.
18       Q.   Okay.  I want to ask you now about the -- I'm
19   not going to use the right word that you used before,
20   but essentially the remedial measures I think that you
21   offered to the plaintiff in this matter at the end of
22   the case.  Do you -- I'm assuming you would have
```

1  reviewed that e-mail; is that right?  Or that letter?

2       A.  Yes.

3       Q.  Okay.  And in that letter, she was offered

4  also $5,000 to reimburse her for mental health therapy

5  and costs that she incurred through December of 2021.

6  Do you recall that?

7       A.  Yes.

8       Q.  Okay.  Can you take me through how the

9  decision was made to offer that -- that resolution to

10 her?

11      A.  And so the max amount that I recall at that

12 point to offer anyone for a finding of responsibility

13 is $5,000 to reimburse for any sort of mental health

14 services someone would have needed during the pendency

15 of the investigation or in light of that, and also for

16 holistic type services.

17          And so that is a process that you would kind

18 of go through.  There's a finding.  You'd kind of

19 gauge based on the duration of sort of the allegations

20 at hand and things of that nature.  This is what could

21 be a reasonable amount to assist someone after that.

22      Q.  You said the maximum amount was $5,000.  What

```
 1              REPORTER CERTIFICATE

 2   I, JACQUELINE N. BENNETT, Registered Professional

 3   Reporter and Notary Public, certify:

 4   That the foregoing proceedings were taken before me at

 5   the time and place herein set forth, via

 6   video-conference, at which time the witness was put

 7   under oath by me;

 8   That the testimony of the witness and all objections

 9   made at the time of the examination were recorded

10   stenographically by me and were thereafter

11   transcribed;

12   That the foregoing is a true and correct transcript of

13   my shorthand notes so taken;

14   I further certify that I am not a relative or employee

15   of any attorney or of any of the parties not

16   financially interested in this action.

17

18

19           _____
20
     JACQUELINE N. BENNETT, RPR

21   (Commissioned as Jacqueline N. Hagen)

22   Dated:  September 18, 2024
```