CONFIDENTIAL



# UNIVERSITY*of*VIRGINIA
## OFFICE FOR EQUAL OPPORTUNITY AND CIVIL RIGHTS
Title IX Office, O'Neil Hall, Terrace Level, Room 037 • 445 Rugby Road • Charlottesville, VA 22904 • (434) 297-7988

August 6, 2021

***Personal & Confidential – Via Electronic Delivery***

Jane Doe

      RE:    Final Remedial Measures

Dear Jane Doe,

I write as a follow up to the Final Outcome Letter dated July 7, 2021 that was issued to you and Respondent in a Title IX matter involving you. In that matter, Respondent was found responsible for violating the University's Policy on Sexual and Gender-Based Harassment and Other Forms of Interpersonal Violence and Conflict of Interest Policy.

Following a finding of responsibility and the imposition of sanctions and protective measures, part of the role of the Title IX Coordinator is to determine what final remedial measures, if any, are necessary to stop the Prohibited Conduct, prevent its recurrence, and remedy its effects on the Complainant, and, as appropriate, the University Community.

Accordingly, the following remedial measure is being offered to you:

The University will reimburse you for any out-of-pocket cost you have incurred or will incur from the date of the Notice of Investigation (March 31, 2020) through December 31, 2021 related to this matter up to a total of **$5000.00** for (1) professional counseling services and (2) holistic healing services such as acupuncture, massage, or chiropractic services provided by a licensed or certified professional.

To obtain such reimbursement, please submit invoices directly to the Title IX Office. Please note that pursuant to Title IX and University Policy, the remedial measures related to you are being communicated separately to you and will not be shared with the Respondent.

The University appreciates your participation in this process, which we know was difficult. Should you have any questions about this letter, please do not hesitate to contact me at titleixcoordinator@virginia.edu or at (434)-297-7988.

Sincerely,

*Akia Haynes*

Akia Haynes
Acting Title IX Coordinator/Deputy Title IX Coordinator

***Mission***
*Ensuring equal opportunity and protecting the civil rights of all University community members through proactive outreach, education, and effective response and resolution.*