# Exhibit 37

# Plaintiff's Resume Provided to Andrew Verzilli

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.