# Exhibit 39

# Plaintiff's Apr. 24, 2024 Initial Disclosures

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.