# Exhibit 41

# Plaintiff's Resp. to Defendant's 2nd Disc. Requests

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.