# Exhibit 42

# Sept. 10, 2024 Plaintiff's Supp. Resp. to Defendant's 1st Discover Requests

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.