UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-00018-RSB |
| | ) |
| THE RECTOR AND VISITORS OF | ) |
| THE UNIVERSITY OF VIRGINIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION TO EXCLUDE EXPERT WITNESS ANDREW C. VERZILLI**

Defendant, The Rector and Visitors of the University of Virginia ("UVA"), by counsel and pursuant to Rules 702 and 703 of the Federal Rules of Evidence, moves to exclude Plaintiff's identified expert, Andrew C. Verzilli, M.B.A. UVA files herewith an accompanying Memorandum of Law in Support of its Motion to Exclude.

Respectfully submitted,

**THE RECTOR AND VISTORS OF THE UNIVERSITY OF VIRGINIA**

By Counsel: */s/ Christopher P. Bernhardt*
Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:(804) 371-0977
Facsimile: (804) 371-2087
Email: cbernhardt@oag.state.va.us
**Counsel of Record for Defendant*

Amy E. Hensley* (VSB No. 80470)  
Associate University Counsel/Assistant Attorney General  
1827 University Avenue  
Charlottesville, Virginia 22904  
Telephone: (434) 924-3685  
Email: aehensley@virginia.edu  
*Counsel of Record for Defendant*

Jason S. Miyares  
Attorney General of Virginia

Thomas J. Sanford  
Deputy Attorney General

Jacqueline C. Hedblom  
Senior Assistant Attorney General/ Trial Section Chief

## CERTIFICATE

I hereby certify that on September 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

<i>/s/ Christopher P. Bernhardt</i>  
Christopher P. Bernhardt* (VSB No. 80133)  
Assistant Attorney General