# Exhibit 2

# Plaintiff's High School Transcript

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.