# Exhibit 3

## Sept. 10, 2024 P.E. Deposition

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.