IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
9/26/2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
    DEPUTY CLERK

| | |
|---|---|
| **JANE DOE,** | |
| **Plaintiff,** | |
| v. | Case No. 3:23-cv-00018-RSB |
| **RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,** | |
| **Defendant.** | |

### ORDER

This matter is before the Court on the Motion to Seal filed by Defendant the Rector and Visitors of the University of Virginia. As set out in its memorandum, Defendant moved the Court to permit it to file under seal certain exhibits in support of its Memorandum in Support of Motion for Summary Judgment (ECF No. 67) and Memorandum in Support of Motion to Exclude Plaintiff's Expert Andrew C. Verzilli (ECF No. 69). In light of the sensitive and personal nature of the information contained in the documents, this Court's decision to grant Plaintiff leave to proceed under a pseudonym (ECF No. 44), and Plaintiff's agreement with this motion, the Court finds good cause to grant the motion on the grounds stated therein.

It is hereby ORDERED that the Motion to Seal is GRANTED, and Defendant is permitted to file under seal the following exhibits to its Memorandum in Support of Motion for Summary Judgment (ECF No. 67) and Memorandum in Support of Motion to Exclude Plaintiff's Expert Andrew C. Verzilli (ECF No. 69):

a.   Plaintiff Deposition Transcript. ECF No. 67-1.

b.   April 30, 2021 Final Investigation Report and Exhibits. ECF No. 67-4.

c.   March 11-16, 2020 Laurie Casteen Emails with Plaintiff. ECF No. 67-8.

1

d. John Roe Deposition Transcript. ECF No. 67-10.

e. Plaintiff's UVA Student Disability Access Center Accommodations. ECF No. 67-15.

f. March 31, 2020 Notice of Investigation to Plaintiff. ECF No. 67-17.

g. Plaintiff's UVA Academic Transcript. ECF No. 67-21.

h. May 21, 2020 Amended Notice of Investigation to Plaintiff. ECF No. 67-22.

i. August 26, 2020 Draft Investigation Report to Plaintiff with Exhibits. ECF No. 67-26.

j. August 26-30, 2020 Laurie Casteen Emails to Plaintiff. ECF No. 67-27.

k. November 2, 2020 Second Amended Notice of Investigation to Plaintiff. ECF No. 67-28.

l. July 7, 2021 Review Panel Decision and Recommendation. ECF No. 67-31.

m. August 5, 2021 Executive Review Decision from Provost. ECF No. 67-34.

n. Plaintiff's Resume Provided to Plaintiff's Expert Andrew Verzilli. ECF No. 67-37.

o. Plaintiff's Father Deposition Transcript. ECF No. 67-38.

p. Plaintiff's April 24, 2024 Initial Disclosures. ECF No. 67-39.

q. Plaintiff's September 6, 2024 Supplemental Response to Defendant's 1st Discovery Requests. ECF No. 67-40.

r. Plaintiff's Response to Defendant's 2nd Discovery Requests. ECF No. 67-41.

s. Plaintiff's September. 10, 2024 Supplemental Response to Defendant's 1st Discovery Requests. ECF No. 67-42.

t. Plaintiff's High School Transcript. ECF No. 69-2.

u. September 10, 2024 P.E. Deposition Transcript. ECF No. 69-3.

These exhibits will remain under seal for the duration of the action and any appeal. The Clerk is directed to destroy or return the sealed documents to counsel for the Defendant at the conclusion of the action.

3

ENTERED this <u>26th</u> day of <u>September</u>, 2024.

_____
United States Magistrate Judge

3