IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,**<br><br>    **Defendant.** | Case No. 3:23-cv-00018-RSB |

### PLAINTIFF'S MOTION TO EXTEND RESPONSE DEADLINE

Plaintiff Jane Doe, through undersigned counsel, and for the reasons more fully set forth in the attached Memorandum in Support, respectfully requests that the deadline to file responses to Defendant's Motion for Summary Judgment and and Motion to Exclude Plaintiff's Expert Witness Andrew C. Verzilli be extended from October 9, 2024, to October 23, 2024.

Dated: September 27, 2024

Respectfully submitted,

*s/Elizabeth K. Abdnour*
Elizabeth K. Abdnour
*Pro Hac Vice*
ABDNOUR WEIKER LLP
500 E. Michigan Ave., Suite 130
Lansing, Michigan 48912
Phone: (517) 994-1776
Fax: (614) 417-5081
liz@education-rights.com

Devon J. Munro (VSB # 47833)
Munro Byrd, P.C.
120 Day Ave. SW, First Floor
Roanoke, Virginia 24016

`

1

(540) 283-9343
dmunro@trialsva.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2024, a true and accurate copy of the foregoing document was filed using the Court's ECM/ECF filing system, which will send an electronic notification to all counsel of record.

*s/ Elizabeth K. Abdnour*
Attorney at Law
*Attorneys for Plaintiff*

`