**STATE OF MICHIGAN**
**MICHIGAN OFFICE OF ADMINISTRATIVE HEARINGS AND RULES**

IN THE MATTER OF:                         Docket No.: 24-015001

T.J.,                                              Case No.:    DP-24-0057
      **Petitioner**

                                    Agency:      Education
**v**
                                      Case Type:  ED Sp Ed Regular
**GRAND BLANC COMMUNITY SCHOOLS,**
      **Respondent**                         Filing Type: Appeal

_____/

**Issued and entered**
**this 27th day of September 2024**
**by: Michael J. St. John**
**Administrative Law Judge**

**ORDER FOLLOWING HEARING AND ESTABLISHING BRIEFING SCHEDULE**

On September 12, 13, 26, and 27, 2024, the hearing was held on the above-entitled matter, via videoconference.   Petitioner and Respondent jointly requested the opportunity to submit post hearing briefs/closing arguments and responses.

**NOW THEREFORE, IT IS ORDERED AS FOLLOWS**:

1.   The parties may, but are not required to, submit briefs summarizing their respective positions.  Briefs are limited to evidence admitted at the hearing.  All briefs must be filed by **2:00 p.m. on Monday, October 7, 2024**.  Briefs submitted after the deadline may not be considered.

2.   The parties may, but are not required to, submit responses to the other party's briefs.  A party need not file a brief to submit a response.  Response briefs are limited to issues discussed in the other party's brief.  Response briefs must be filed by **2:00 p.m. on Monday, October 14, 2024.**  Response briefs submitted after the deadline may not be considered.

3.   All briefs may be filed by email pursuant to Rule 792.10109 by sending a copy of the to-be filed document to the Administrative Law Judge, his assistant, and all attorneys/parties of record at MOAHR-GA@michigan.gov and the email addresses noted in the proof of service.[1]

---

[1] A courtesy copy to the Administrative Law Judge emailed to stjohnm2@michigan.gov is appreciated but not required.

24-015001
Page 2

4.  When referencing testimony, if the parties have a transcript of the session, the parties are directed to cite a page and line number in the transcript if it is possible to do so.[2]  When referencing exhibits, the parties are directed to cite an exhibit number/letter and page number.

5.  The participants shall review this document upon receipt and any perceived error or omission in the document must be disclosed, in writing, to all parties and the Administrative Law Judge without delay.

_____

**Michael J. St. John**
**Administrative Law Judge**

---

[2] Transcripts for the first two days of hearing are anticipated to be available prior to the initial brief deadline.  Transcripts for all days of the hearing are anticipated to be available prior to the response brief deadline.  Parties are not expected to cite to the transcript if the transcript only becomes available shortly (less than 48 hours) before the brief is due.

24-015001
Page 3

## PROOF OF SERVICE

I certify that I served a copy of the foregoing document upon all parties and/or attorneys, to their last-known addresses via electronic mail, this 27th day of September 2024.

*P. Moore*

**P. Moore**
**Michigan Office of Administrative Hearings and Rules**

ELZABETH ABDNOUR
JACQUELYN KMETZ
MEGAN MITCHELL
ABDNOUR WEIKER, LLP
500 E MICHIGAN AVE STE 130
LANSING, MI 48912
LIZ@EDUCATION-RIGHTS.COM
JACQUELYN@EDUCATION-RIGHTS.COM
MEGAN@EDUCATION-RIGHTS.COM

LORIE STEINHAUER
DARIA MAJEWSKI
COLLINS & BLAHA, P.C.
31440 NORTHWESTERN HWY, STE 170
FARMINGTON HILLS, MI 48334
LSTEINHAUER@COLLINSBLAHA.COM
DMAJEWSKI@COLLINSBLAHA.COM

GREGOY MAIR
KAILEN PIPER
O'NEILL, WALLACE & DOYLE, P.C.
300 ST. ANDREWS ROAD, STE 302
SAGINAW, MI 48638
GMAIR@OWDPC.COM
KPIPER@OWDPC.COM

DANA TURNBOW
GRAND BLANC COMMUNITY SCHOOLS
11920 S SAGINAW ST
GRAND BLANC, MI 484391402
DTURNBOW@GBCS.ORG



BETHANIE EGGLESTON, DUE
PROCESS COORDINATOR
MDE-OFFICE OF SPECIAL EDUCATION
PO BOX 30008
LANSING, MI 48933
EGGLESTONB1@MICHIGAN.GOV

PRECIOUS BOONE
MDE OFFICE OF ADMINISTRATIVE LAW
PO BOX 30008
LANSING, MI 48909
MDE-ADMINLAW@MICHIGAN.GOV