## Activity in Case 4:20-cv-03081-RFR-JMD Doe et al v. Board of Regents of the University of Nebraska Order on Motion to Extend

**NE** ned-ecf.notification@ned.uscourts.gov <ned-ecf.notification@ned.uscourts.gov>
Thu, 08 Aug 2024 1:11:09 PM -0400

To "ecf.notice" <ecf.notice@ned.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Nebraska**

### Notice of Electronic Filing

The following transaction was entered on 8/8/2024 at 12:10 PM CDT and filed on 8/8/2024
**Case Name:** Doe et al v. Board of Regents of the University of Nebraska
**Case Number:** 4:20-cv-03081-RFR-JMD
**Filer:**
**Document Number:** 119(No document attached)

**Docket Text:**
**TEXT ORDER granting [118] Motion to Extend. The deadline to file motions to dismiss, motions for summary judgment, and motions to exclude testimony on Daubert and related grounds is September 3, 2024. Filing Nos. 108, 115. The response to any such motions shall be filed on or before October 18, 2024. Any reply shall be filed in accordance with the local rules. Ordered by Magistrate Judge Jacqueline M. DeLuca. (TMM)**

**4:20-cv-03081-RFR-JMD Notice has been electronically mailed to:**

Bren H. Chambers     bchambers@nebraska.edu, afrench@nebraska.edu, akessler@nebraska.edu

Brigid Benincasa     brigid.benincasa@usdoj.gov

Elizabeth K. Abdnour     liz@education-rights.com, abdnoure@recap.email, laura@education-rights.com

Lily Amare     lamare@clinewilliams.com, jalber@clinewilliams.com

Megan N. Mitchell     megan@education-rights.com

Susan K. Sapp     ssapp@clinewilliams.com, awharton@clinewilliams.com

**4:20-cv-03081-RFR-JMD Notice has been delivered by other means to:**