7/26/24, 2:27 PM                Activity in Case 4:20-cv-03081-RFR-JMD Doe et al v. Board of Regents of the University of Nebraska Order on Motion to Extend

Case 3:23-cv-00018-RSB-JCH   Document 77-2   Filed 10/01/24   Page 1 of 1   Pageid#: 4234

## Activity in Case 4:20-cv-03081-RFR-JMD Doe et al v. Board of Regents of the University of Nebraska Order on Motion to Extend

**NE**  ned-ecf.notification@ned.uscourts.gov <ned-ecf.notification@ned.uscourts.gov>
Fri, 26 Jul 2024 2:04:34 PM -0400

To   "ecf.notice" <ecf.notice@ned.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Nebraska

### Notice of Electronic Filing

The following transaction was entered on 7/26/2024 at 1:03 PM CDT and filed on 7/26/2024

**Case Name:**          Doe et al v. Board of Regents of the University of Nebraska
**Case Number:**        [4:20-cv-03081-RFR-JMD](#)
**Filer:**
**Document Number:** 115(No document attached)

**Docket Text:**
**TEXT ORDER granting [114] Unopposed Motion to Extend. The deadline to file motions to dismiss and motions for summary judgment is September 3, 2024. Ordered by Magistrate Judge Jacqueline M. DeLuca. (TMM)**

**4:20-cv-03081-RFR-JMD Notice has been electronically mailed to:**

Bren H. Chambers       bchambers@nebraska.edu, afrench@nebraska.edu, akessler@nebraska.edu

Brigid Benincasa       brigid.benincasa@usdoj.gov

Elizabeth K. Abdnour     liz@education-rights.com, abdnoure@recap.email, laura@education-rights.com

Lily Amare       lamare@clinewilliams.com, jalber@clinewilliams.com

Megan N. Mitchell       megan@education-rights.com

Susan K. Sapp       ssapp@clinewilliams.com, awharton@clinewilliams.com

**4:20-cv-03081-RFR-JMD Notice has been delivered by other means to:**