## Bernhardt, Christopher P.

| | |
|---|---|
| **From:** | Bernhardt, Christopher P. |
| **Sent:** | Tuesday, May 28, 2024 5:55 PM |
| **To:** | Liz Abdnour; Devon Munro |
| **Cc:** | 'Hensley, A' |
| **Subject:** | Doe  v. The University of Virginia, No. 3:23-cv-00018-RSB-JCH  - Defendant's Rule 26(A) Disclosures |

Good evening, Liz and Devon.

Below is a link to the Bates numbered documents identified in Defendant's Rule 26(A) Disclosures, specifically documents responsive to Rule 26(a)(1)(A)(ii).

📁 Jane Doe v. UVA - Documents produced to Plaintiff

Below is a guide to the documents produced. It is our understanding that we are producing the documents reflecting the Title IX investigation and its outcome. I tried to organize the materials in chronological order.

Notices of the investigation (UVA 000001 – 000023)

The draft investigation report and exhibits (UVA 000024 – 002445)

The final investigation report and exhibits (UVA 002446 – 004504)

Statement of John Roe responding to the final investigation report (UVA 004505 – 004520)

Notices of hearing regarding the investigation (UVA 004521 – 004536)

Sanctioning memo regarding the investigation (UVA 004537)

Final recommendation correspondence regarding the investigation (UVA 004538 – 004543)

Final outcome correspondence regarding the investigation (UVA 004544 – 004546)

Please let me know if you have any questions or have difficulty accessing these documents.

Best regards,

Chris

1