APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville DIVISION

Jane Doe

v.

The Rector & Visitors of the University of VA

CASE NO.: 3:23 cv 18
DATE: 10.2.24
TYPE OF HEARING: Discovery Hearing

**PARTIES:**

1. Joel C. Hoppe
2. Elizabeth Abdnour
3. Amy Hensley
4. Chris Bernhardt
5. Devon Munro
6. Kristin Zech
7.
8.
9.
10.

Recorded by: Melissa Ballweg, FTR

Time in Court: 1:32 - 1:51 = 19 mins

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1:32 | 1,2 |  | 2,3 |  |  |  |  |  |  |
|  | 1,3 | 46 | 1,3 |  |  |  |  |  |  |
|  | 1,6 | 47 | 1,3 |  |  |  |  |  |  |
|  | 1,6 | 50 | 1,6 |  |  |  |  |  |  |
| 33 | 1,2 |  | 1,6 |  |  |  |  |  |  |
|  | 1,2 | 51 | 1,6 |  |  |  |  |  |  |
| 36 | 1,2 |  | 1,6 |  |  |  |  |  |  |
|  | 1,3 |  | 1,6 |  |  |  |  |  |  |
| 40 | 1,6 |  | 2,1 |  |  |  |  |  |  |
| 41 | 1,6 |  | 6,2 |  |  |  |  |  |  |
|  | 1,6 |  | 3 |  |  |  |  |  |  |
| 42 | 1,3 |  |  |  |  |  |  |  |  |
|  | 1,2 |  |  |  |  |  |  |  |  |
| 44 | 1,3 |  |  |  |  |  |  |  |  |
| 45 | 1,3 |  |  |  |  |  |  |  |  |