CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
10/4/2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Jane Doe,<br>    Plaintiff,<br><br>v.<br><br>Rector and Visitors of the University of Virginia,<br>    Defendant. | Civil Action No. 3:23cv00018<br><br>ORDER<br><br>By:    Joel C. Hoppe<br>United States Magistrate Judge |

On October 2, 2024, the parties and third-party Immigration Counsel, PLLC, ("IC") by counsel, came before the Court for a discovery hearing regarding a subpoena duces tecum issued by Defendant to IC. Having considered the parties' and IC's arguments, the Defendant's subpoena, and the applicable law, and for the reasons stated on the record, the Court finds that the document submitted by IC for *in camera* review is responsive to the subpoena's topics (9) and (10) and is relevant within the scope of discovery.

Accordingly, the Court DIRECTS that IC produce the document to Defendant's counsel, who shall provide a copy of the document to Plaintiff's counsel. The document shall be subject to the Joint Stipulated Protective Order, ECF No. 50, and if the document is to be filed in this case, it shall be filed under seal.

It is so ORDERED.

ENTER: October 4, 2024

Joel C. Hoppe
United States Magistrate Judge