IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,**<br><br>       **Defendant.** | Case No. 3:23-cv-00018-RSB |

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

Plaintiff Jane Doe, through undersigned counsel, respectfully moves this Court for leave to file a 40-page brief in opposition to Defendant's Motion for Summary Judgment. Pursuant to the Scheduling Order (ECF No. 30), the length of such a brief is limited to 25 pages without leave of the Court. October 16, 2024, is the deadline to file Plaintiff's response to Defendant's Motion for Summary Judgment. The concurrently filed Memorandum fully sets forth the grounds supporting this Motion. Counsel for Defendant does not object to the granting of this Motion.

Dated: October 15, 2024      Respectfully submitted,

                 *s/Elizabeth K. Abdnour*
                 Elizabeth K. Abdnour
                 *Pro Hac Vice*
                 ABDNOUR WEIKER LLP
                 500 E. Michigan Ave., Suite 130
                 Lansing, Michigan 48912
                 Phone: (517) 994-1776
                 Fax: (614) 417-5081
                 liz@education-rights.com

        Devon J. Munro (VSB # 47833)
        Munro Byrd, P.C.
        120 Day Ave. SW, First Floor
        Roanoke, Virginia 24016
        (540) 283-9343
        dmunro@trialsva.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of October, 2024, a true and accurate copy of the foregoing document was filed using the Court's ECM/ECF filing system, which will send an electronic notification to all counsel of record.

        *s/ Elizabeth K. Abdnour*
        Attorney at Law