# EXHIBIT 1
# UVA list of people trained, UVA 005968

Pursuant to Local Rule 9, Plaintiff has filed a motion and memorandum to seal this exhibit.