# EXHIBIT 2
# Advisor list, UVA004602-004604

Pursuant to Local Rule 9, Plaintiff has filed a motion and memorandum to seal this exhibit.