# EXHIBIT 3
# Grossman letter, UVA009954-009961

Pursuant to Local Rule 9, Plaintiff has filed a motion and memorandum to seal this exhibit.