# EXHIBIT 4
## Plaintiff's declaration

Pursuant to Local Rule 9, Plaintiff has filed a motion and memorandum to seal this exhibit.