# EXHIBIT 5
# 7/12/24 UVA response to Plaintiff's discovery requests

Pursuant to Local Rule 9, Plaintiff has filed a motion and memorandum to seal this exhibit.