# EXHIBIT 6
# Casteen emails, UVA004852-004858

Pursuant to Local Rule 9, Plaintiff has filed a motion and memorandum to seal this exhibit.