# EXHIBIT 7
# Breen emails, UVA011820-011821

Pursuant to Local Rule 9, Plaintiff has filed a motion and memorandum to seal this exhibit.