# EXHIBIT 8
# Roe transcript excerpts

Pursuant to Local Rule 9, Plaintiff has filed a motion and memorandum to seal this exhibit.