# EXHIBIT 15
# Esmati texts, PLAINTIFF_003070-81

Pursuant to Local Rule 9, Plaintiff has filed a motion and memorandum to seal this exhibit.