# EXHIBIT 16
# DC OAHR charge of discrimination, IMM024-026

Pursuant to Local Rule 9, Plaintiff has filed a motion and memorandum to seal this exhibit.