# EXHIBIT 2
# Plaintiff email to Casteen, UVA008166

Pursuant to Local Rule 9, Plaintiff has filed a motion and memorandum to seal this exhibit.