## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

JANE DOE,

                              **Plaintiff,**

**v.**                                                        **Case No. 3:23-cv-00018-RSB**

**RECTOR AND VISITORS OF THE**
**UNIVERSITY OF VIRGINIA,**

                              **Defendant.**

### PLAINTIFF'S MOTION TO SEAL

Plaintiff Jane Doe, through undersigned counsel, moves this Court to permit her to file certain exhibits to her briefs in opposition to Defendant's Motion for Summary Judgment (ECF No. 67) and Motion to Exclude Plaintiff's Expert Andrew C. Verzilli (ECF No. 69) under seal pursuant to Local Rule 9. Plaintiff seeks to file records relating to the Title IX investigation that is the subject of this lawsuit, Plaintiff's and Defendant's discovery responses, and other discovery materials under seal. This Court should permit sealing of these exhibits because they contain highly sensitive information relating to sexual assault and sexual harassment and are also subject to regulations under the Family Educational Rights and Privacy Act ("FERPA"). Also, these records could be used to determine Plaintiff's identity, as she is proceeding under a pseudonym. Defendant does not oppose the granting of this motion.

For these reasons, and as explained in more detail in Plaintiff's Memorandum in Support filed contemporaneously with this Motion, under Local Rule 9 Plaintiff moves this Court to enter an Order permitting Plaintiff to file under seal certain exhibits in support of her briefs in

opposition to Defendant's Motion for Summary Judgment and Motion to Exclude Plaintiff's Expert Andrew C. Verzilli.

Dated: October 16, 2024                    Respectfully submitted,

                                           *s/Elizabeth K. Abdnour*
                                           Elizabeth K. Abdnour
                                           *Pro Hac Vice*
                                           ABDNOUR WEIKER LLP
                                           500 E. Michigan Ave., Suite 130
                                           Lansing, Michigan 48912
                                           Phone: (517) 994-1776
                                           Fax: (614) 417-5081
                                           liz@education-rights.com

                                           Devon J. Munro (VSB # 47833)
                                           Munro Byrd, P.C.
                                           120 Day Ave. SW, First Floor
                                           Roanoke, Virginia 24016
                                           (540) 283-9343
                                           dmunro@trialsva.com

                                           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2024, a true and accurate copy of the foregoing document was filed using the Court's ECM/ECF filing system, which will send an electronic notification to all counsel of record.

                                           *s/ Elizabeth K. Abdnour*
                                           Attorney at Law