### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>               **Plaintiff,**<br><br>v.<br><br>**RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,**<br><br>               **Defendant.** | Case No. 3:23-cv-00018-RSB |

### ORDER

This matter is before the Court on the Motion to Seal filed Plaintiff Jane Doe. As set out in its memorandum, Plaintiff moved the Court to permit her to file under seal certain exhibits in support of her Response in Opposition to Motion for Summary Judgment (ECF No. 88) and Response in Opposition to Motion to Exclude Plaintiff's Expert Andrew C. Verzilli (ECF No. 89). In light of the sensitive and personal nature of the information contained in the documents, this Court's decision to grant Plaintiff leave to proceed under a pseudonym (ECF No. 44), and Defendant's lack of objection to this motion, the Court finds good cause to grant the motion on the grounds stated therein.

It is hereby ORDERED that the Motion to Seal is GRANTED, and Plaintiff is permitted to file under seal the following exhibits to her Response in Opposition to Motion for Summary Judgment (ECF No. 88) and Response in Opposition to Motion to Exclude Plaintiff's Expert Andrew C. Verzilli (ECF No. 89):

   a. Ex. 1 to Mot. Summ. J. response, UVA list of people trained, UVA 005968, ECF No. 88-1;

   b. Ex. 2 to Mot. Summ. J. response, Advisor list, UVA004602-004604, ECF No. 88-2;

    c. Ex. 3 to Mot. Summ. J. response, Grossman letter, UVA009954-009961, ECF No. 88-3;

    d. Ex. 4 to Mot. Summ. J. response, Plaintiff's declaration, ECF No. 88-4;

    e. Ex. 5 to Mot. Summ. J. response, 7/12/24 UVA response to Plaintiff's discovery requests, ECF No. 88-5;

    f. Ex. 6 to Mot. Summ. J. response, Casteen emails, UVA004852-004858, ECF No. 88-6;

    g. Ex. 7 to Mot. Summ. J. response, Breen emails, UVA011820-011821, ECF No. 88-7;

    h. Ex. 8 to Mot. Summ. J. response, Roe transcript excerpts, ECF No. 88-8;

    i. Ex. 11 to Mot. Summ. J. response, Plaintiff transcript excerpts, ECF No. 88-11;

    j. Ex. 12 to Mot. Summ. J. response, Ramirez transcript excerpts, ECF No. 88-12;

    k. Ex. 13 to Mot. Summ. J. response, Biemann transcript excerpts, ECF No. 88-13;

    l. Ex. 14 to Mot. Summ. J. response, Esmati transcript excerpts, ECF No. 88-14;

    m. Ex. 15 to Mot. Summ. J. response, Esmati texts, PLAINTIFF_003070-81, ECF No. 88-15;

    n. Ex. 16 to Mot. Summ. J. response, DC OAHR charge of discrimination, IMM024-026, ECF No. 88-16; and

    o. Ex. 2 to Mot. to Exclude response, Plaintiff email to Casteen, UVA008166, ECF No. 89-2. .

These exhibits will remain under seal for the duration of the action and any appeal. The Clerk is directed to destroy or return the sealed documents to counsel for the Plaintiff at the conclusion of the action.

ENTERED this _____ day of _____, 2024.

 

_____
United States District Court Judge