IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,**<br><br>**Defendant.** | Case No. 3:23-cv-00018-RSB |

### ORDER

This matter is before the Court on Defendant the Rector and Visitors of the University of Virginia's motion for an extension of time to file its reply brief in support of its Motion to Exclude Expert Witness Andrew C. Verzilli (ECF No. 68). The Court notes that Plaintiff does not oppose this motion. The Court finds good cause to grant the motion on the grounds stated therein.

It is hereby ORDERED that Defendant is granted an extension until October 30, 2024 to file a reply brief in support of its Motion to Exclude Expert Witness Andrew C. Verzilli (ECF No. 68).

ENTERED this _____ day of _____, 2024.

_____
United States Magistrate Judge

1