In the Matter of:

Jane Doe
v.
The University of Virginia, et al.

Asher Biemann

August 9, 2024



Phone: 703-837-0076
Fax: 703-837-8118
Toll Free: 877-837-0077

1010 Cameron Street
Alexandria, VA 22310
transcript@casamo.com

```
 1   it, yeah, yeah, yeah, okay.  Thanks, Michelle.
 2   Yeah, and again, please don't stress.  It's okay,
 3   we're all human.
 4           COURT REPORTER:  I'm embarrassed.  I'm
 5   sorry, but thank you.
 6           MS. ABDNOUR:  No worries, yeah, it's
 7   okay, okay.
 8           So whenever you are ready, Michelle, you
 9   let me know.
10           COURT REPORTER:  I am absolutely ready
11   now.  They are on, and I'm good.
12           MS. ABDNOUR:  Okay, great.
13           BY MS. ABDNOUR:
14       Q   So, Dr. Biemann --
15           MS. ABDNOUR:  No worries.  Thanks,
16   Michelle.
17           BY MS. ABDNOUR:
18       Q   We are going to go back now, and I'm
19   just -- I'm going to state for the record that we
20   are on Exhibit 1, and we are on page 12 of that
21   document.  I had previously asked you to read to
22   yourself the three paragraphs that are
```

```
 1   highlighted at the top of that page.
 2           You already did so, and so what I want
 3   to go back through with you is, if you can
 4   explain for me first, you had made some comments
 5   to the investigator about Jane Doe giving you a
 6   hug sometimes and that you thought it was a
 7   cultural thing.
 8           Do you mind explaining again for the
 9   record what you meant by this comment?
10       A   Yes, what I meant by the comment is that
11   Jane Doe, as a newer student, a student who is
12   very physical, for whom it would be very normal
13   to hug the teachers.
14           And I gave this one example when she
15   came back from I think it was Oxford, she would
16   run up the stairs and give me a hug, and that was
17   just to illustrate that this kind of contact and
18   interaction was not -- was not sexual, did not
19   appear to me to be sexual, and it was very normal
20   behavior.
21       Q   And then the second portion of that
22   highlighted section there in the transcript talks
```

```
 1  about some comments that you and Professor John Roe
 2  exchanged about saying, "Jane Doe loves Asher,"
 3  which is in quotes in that paragraph.
 4          Can you explain again what exactly you
 5  were talking about there and what you were trying
 6  to express to the investigator?
 7       A   So it's an incident of language that
 8  took on different meaning to me at the time of
 9  the Title IX investigation.  When it happened and
10  Professor John Roe would use this language in
11  conversation, it would usually happen in
12  conversation, when he kind of compared other
13  teachers, and he would say that Jane Doe likes
14  him, Professor John Roe, but she loves me, or she
15  loves Asher.
16          So it would come there in this context,
17  which I at the time took as a humorous language
18  to express how much Jane Doe liked me as a
19  person, as a teacher, but which in the course of
20  the investigation had a difference nuance to me
21  and a different flavor.
22          And at that point the word "love" and
```

```
 1   the kind of repeated iteration of it just sounded
 2   much less appropriate.
 3       Q   And when those comments came up about
 4   "Jane Doe loves Asher," or "Jane Doe loves you,"
 5   was that in the context of discussing Jane Doe or
 6   discussing students in general?
 7       A   It was in the context of Jane Doe.
 8   Actually, it may even have been -- but I don't
 9   remember for sure, but in one of those instances
10   Jane Doe may have been present.
11           So it's -- again, you have to
12   understand, knowing Professor John Roe, Professor
13   John Roe is somebody who finds humor in almost
14   everything, and who would make many, many
15   comments that were meant to be funny, and so this
16   did not -- at the time did not stand out as
17   anything but a humorous comment.
18       Q   And as far as you recall, did Dr. John Roe
19   ever make any other comments about students
20   loving you?
21       A   As far as I recall, he did not make any
22   comments about other students loving me.
```