# In the Matter of:

# Jane Doe
# v.
# UVA

# Jane Doe

# June 20, 2024



Phone: 703-837-0076
Fax: 703-837-8118
Toll Free: 877-837-0077

1010 Cameron Street
Alexandria, VA 22310
transcript@casamo.com

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE WESTERN DISTRICT OF VIRGINIA

 3                   Charlottesville Division

 4   - - - - - - - - - - - - - - - X

 5   JANE DOE,

 6              Plaintiff,

 7         -vs-                    Case No. 3:23-cv-00018-RSB

 8   THE UNIVERSITY OF VIRGINIA,

 9   et al.,

10              Defendants.

11   - - - - - - - - - - - - - - - X

12                                         Fairfax, Virginia

13                                     Thursday, June 20, 2024

14   Deposition of:

15                       JANE DOE,

16   the plaintiff, called for examination by counsel on

17   behalf of the defendant, pursuant to notice, taken in

18   THE OFFICE OF THE ATTORNEY GENERAL/FAIRFAX, 10555 Main

19   Street, Suite 350, Fairfax, Virginia, beginning at

20   approximately 10:22 a.m., before Patricia D. Staffa, a

21   Verbatim Reporter and Notary Public in and for the

22   Commonwealth of Virginia at Large, when there were
```

```
 1   was a Draft Investigation Report issued to the
 2   parties in August -- it says August 25th, 2020.
 3           Is it your position that the Draft
 4   Investigation Report should have been prepared
 5   sooner than August 25th, 2020?
 6      A    Yeah.  As I said, if they had reached
 7   out to witnesses earlier, who they were already
 8   aware of, given that in my first interview I
 9   talk almost strictly about Vienna and Budapest,
10   yeah, they could have done it earlier.
11      Q    So to understand the basis for you
12   saying that this draft report should have been
13   done earlier is that you feel that the
14   investigation should have happened sooner?
15      A    Yeah.  Could have been quicker.
16      Q    And do you agree that that's just your
17   opinion?
18      A    Yeah, it is my opinion.
19      Q    Okay.  And you don't have any knowledge
20   about what goes into preparing a Draft
21   Investigation Report?
22      A    I've read the whole thing and I put a
```

                                                                    103
                          Jane Doe                              6/20/2024

```
 1   lot of attention into the process when I was
 2   going through it, especially when the final one
 3   came out.
 4       Q   Uh-huh.
 5       A   So I'm not an investigator myself, but,
 6   you know, I was part of the process.
 7           MR. BERNHARDT:  Okay.  Ms. Doe, I'm
 8   going to show you what we're going to mark as
 9   Defendant's Exhibit 17.
10                          (Whereupon, the document
11                           was marked as Defendant's
12                           Exhibit No. 17, for
13                           identification.)
14           BY MR. BERNHARDT:
15       Q   Do you recognize this as being an email
16   sent by Stuart Evans to you on May 29, 2020?
17       A   Uh-huh.
18       Q   And this is UVA 005146.
19           Is this a fair and accurate copy of the
20   email that Stuart Evans sent you on May 29th,
21   2020?
22       A   Yeah.
```