# Exhibit 6

# Plaintiff's June 24, 2024 Response to Defendant's First Set of Discovery Requests

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.