# Exhibit 8

# Plaintiff's Pharmacy Copay Report Produced on August 29, 2024

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.