# Exhibit 9

## Plaintiff's August 29, 2024 Response to Defendant's August 16, 2024 Deficiency Letter

## -Plaintiff's response is in red

Pursuant to Local Rule 9, Defendant has filed a motion to seal this exhibit and a supporting memorandum.