# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| **JANE DOE,** | |
| **Plaintiff,** | |
| v. | Case No. 3:23-cv-00018-RSB |
| **RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,** | |
| **Defendant.** | |

## DEFENDANT'S MOTION TO SEAL

Defendant the Rector and Visitors of the University of Virginia, through counsel, moves this Court to permit it to file certain exhibits to its Reply Brief in Support of Motion for Summary Judgment (ECF No. 96) under seal pursuant to Local Rule 9. Defendant seeks to file records relating to Plaintiff's discovery responses under seal. This Court should permit sealing of these exhibits because they contain highly sensitive information. Also, these records could be used to determine the true identity of Plaintiff who is proceeding under a pseudonym. Plaintiff supports the granting of this motion.

For these reasons, and as explained in more detail in Defendant's Memorandum in Support filed contemporaneously with this Motion, Defendant move this Court under Local Rule 9 to enter an Order permitting Defendant to file under seal certain exhibits in support of its Reply Brief in Support of Motion for Summary Judgment (ECF No. 96).

Respectfully submitted,

**THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA**

By Counsel: */s/ Christopher P. Bernhardt*
Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:(804) 371-0977
Facsimile: (804) 371-2087
Email: cbernhardt@oag.state.va.us
*Counsel of Record for Defendant*

Amy E. Hensley* (VSB No. 80470)
Associate University Counsel/Assistant Attorney General
1827 University Avenue
Charlottesville, Virginia 22904
Telephone: (434) 924-3685
Email: aehensley@virginia.edu
*Counsel of Record for Defendant*

Jason S. Miyares
Attorney General of Virginia

Thomas J. Sanford
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/ Trial Section Chief

## CERTIFICATE

I hereby certify that on October 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Christopher P. Bernhardt*
Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General