CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
October 24, 2024
LAURA A. AUSTIN, CLERK
BY: s/M. Ballweg
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,**<br><br>    **Defendant.** | Case No. 3:23-cv-00018-RSB |

## ORDER

This matter is before the Court on the Motion to Seal (ECF No. 97) filed by Defendant the Rector and Visitors of the University of Virginia. As set out in its memorandum, Defendant moved the Court to permit it to file under seal certain exhibits in support of its Reply Brief in Support of Motion for Summary Judgment (ECF No. 96). In light of the sensitive and personal nature of the information contained in the documents, this Court's decision to grant Plaintiff leave to proceed under a pseudonym (ECF No. 44), and Plaintiff's agreement with this motion, the Court finds good cause to grant the motion on the grounds stated therein.

It is hereby ORDERED that the Motion to Seal is GRANTED, and Defendant is permitted to file under seal the following exhibits to its Reply Brief in Support of Motion for Summary Judgment (ECF No. 96):

a. Plaintiff's June 24, 2024 Response to Defendant's First Discovery Requests. ECF No. 96-6.

b. Plaintiff's Pharmacy Copay Report. ECF No. 96-8.

c. Plaintiff's August 29, 2024 Response to Defendant's Deficiency Letter. ECF No. 96-9.

These exhibits will remain under seal for the duration of the action and any appeal. The Clerk is directed to destroy or return the sealed documents to counsel for the Defendant at the conclusion of the action.

ENTERED this <u>24th</u> day of <u>October</u>, 2024.

_____
United States Magistrate Judge