# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Jane Doe**

**vs.**

**The Rector and Visitors of the University of Virginia**

Action No:   3:23cv18

Date:   10/24/2024

Judge:   Robert S. Ballou

Court Reporter:   Whitney Stier

Deputy Clerk:   Kelly Brown

<u>Plaintiff Attorney(s)</u>

Devon Munro

Elizabeth Abdnour

<u>Defendant Attorney(s)</u>

Amy Hensley

Christopher Bernhardt

PROCEEDINGS:
3:04
Parties present and represented by counsel.   All parties present on screen.
Oral argument in re: DE[66] Motion for Summary Judgment.
Order forthcoming.
Adjourned.
4:19


Time in Court:   1hr 15min