# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **Jane Doe** | Action No:   3:23cv18 |
| | Date:   11/6/2024 |
| vs. | Judge:   Robert S. Ballou |
| **The Rector and Visitors of the University of Virginia, et al** | Court Reporter:   Whitney Stier |
| | Deputy Clerk:   Kelly Brown |

Plaintiff Attorney(s)
Devon Munro
Liz Abdnour

Defendant Attorney(s)
Amy Hensley
Christopher Bernhardt

PROCEEDINGS:
1:01
Parties present and represented by counsel.   All parties present on screen.
Oral argument re: DE68 Motion to Exclude Plaintiff's Expert Witness Andrew C. Verzilli.,
Order forthcoming.
Adjourned.
2:11


Time in Court:   1hr 10 min