IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

**JANE DOE,**

                    **Plaintiff,**

v.

**RECTOR AND VISITORS OF THE
UNIVERSITY OF VIRGINIA,**

                    **Defendant.**

Case No. 3:23-cv-00018-RSB

**PLAINTIFF'S MOTION TO SEAL**

    Plaintiff Jane Doe, through undersigned counsel, moves this Court to permit her to file her Exhibit to her Brief in Support of her Motion in Limine to Exclude Witness Parwiz Esmati under seal pursuant to Local Rule 9, and should the Court determine that Esmati's deposition testimony is confidential, her Motion in Limine to Exclude Witness Parwiz Esmati and supporting Brief under seal. Defendant does not oppose the sealing of the Exhibit, which includes excerpts from Esmati's deposition testimony.

    As explained in more detail in Plaintiff's Memorandum in Support filed contemporaneously with this Motion, under Local Rule 9, Plaintiff moves this Court to enter an Order permitting Plaintiff to file her Exhibit, and should the Court determine that Esmati's deposition testimony is confidential, her Motion in Limine to Exclude Witness Parwiz Esmati and supporting Brief under seal.

Dated: November 12, 2024	Respectfully submitted,

*s/Elizabeth K. Abdnour*
Elizabeth K. Abdnour
*Pro Hac Vice*
ABDNOUR WEIKER LLP
500 E. Michigan Ave., Suite 130
Lansing, Michigan 48912
Phone: (517) 994-1776
Fax: (614) 417-5081
liz@education-rights.com

Devon J. Munro (VSB # 47833)
Munro Byrd, P.C.
120 Day Ave. SW, First Floor
Roanoke, Virginia 24016
(540) 283-9343
dmunro@trialsva.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2024, a true and accurate copy of the foregoing document was filed using the Court's ECM/ECF filing system, which will send an electronic notification to all counsel of record.

*s/ Elizabeth K. Abdnour*
Attorney at Law