UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JANE DOE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,<br><br>　　Defendant. | Case No. 3:23-cv-00018-RSB |

### PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE PARWIZ ESMATI

Plaintiff Jane Doe, by counsel, hereby moves *in limine* to exclude any proposed testimony by Parwiz Esmati as unduly prejudicial, unreliable, and irrelevant. She incorporates her contemporaneous brief in support. Esmati's testimony is inadmissible under Fed. R. Evid. 403, promises to confuse and mislead a jury, and should be categorically excluded.

WHEREFORE, Plaintiff Jane Doe respectfully requests the Court grant this motion and exclude any testimony by Parwiz Esmati from the trial of this matter.

Respectfully submitted,

Date: November 12, 2024

/s/ *Devon J. Munro*
Devon J. Munro (VSB # 47833)
Munro Byrd, P.C.
120 Day Ave. SW, First Floor
Roanoke VA 24016
(540) 283-9343
dmunro@trialsva.com

Elizabeth Abdnour
Pro Hac Vice
Abdnour Weiker, LLP
500 E. Michigan Ave., Ste. 130

                Lansing, MI 48912
                (517) 994-1776
                liz@education-rights.com
                *Co-Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 12th day of November, 2024, a true and accurate copy of the foregoing document was filed via the CM/ECF system, which will send a copy to all counsel of record.

                *s/ Elizabeth K. Abdnour*
                Attorney at Law