**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:23-cv-00018-RSB |
| | ) |
| **THE RECTOR AND VISITORS OF** | ) |
| **THE UNIVERSITY OF VIRGINIA,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## DEFENDANT'S OMNIBUS MOTION *IN LIMINE*

Defendant the Rector and Visitors of the University of Virginia ("UVA") moves the Court to preclude Plaintiff from discussing in her opening statement, and from soliciting or offering at trial, any testimony, evidence, statement or argument concerning the following:

**Motion *in Limine* #1**: Care provided to Plaintiff by her Health Care Providers and medical records of that care.

**Motion *in Limine* #2**: Information about John Roe appearing on UVA's website after his resignation.

**Motion *in Limine* #3**: Financial damages not properly disclosed under Fed. R. Civ. P. 26(a)(1)(A)(iii).

**Motion *in Limine* #4**: Plaintiff's treatment for emotional distress and expenses for the same.

**Motion *in Limine* #5:** Diagnoses of Plaintiff's claimed medical or mental health conditions offered by Plaintiff or other lay witnesses.

**Motion *in Limine* #6:** Law school admission and why Plaintiff has not gone to law school.

**Motion *in Limine* #7**: Dismissed claims.

**Motion *in Limine* #8**: John Roe's sexual assaults of Plaintiff.

**Motion *in Limine* #9**: UVA's Title IX policies and federal regulations not applicable to Plaintiff's Title IX complaint and UVA's actions under not applicable policies in other Title IX matters that do not involve the Plaintiff.

**Motion *in Limine* #10**: UVA's training of its employees on its Title IX Policy.

**Motion *in Limine* #11**: Romantic relationships between current and former UVA employees with any student other than Plaintiff.

**Motion *in Limine* #12**: Plaintiff's attorney-advisor in the Title IX investigation being in cahoots with UVA or failing to adequately advocate for Plaintiff.

**Motion *in Limine* #13**: UVA treating faculty/staff Title IX respondents more favorably than student Title IX respondents or complainants.

**Motion *in Limine* #14**: UVA being liable under Title IX for its response before Plaintiff's Title IX complaint was filed on March 15, 2020.

**Motion *in Limine* #15**: Contact that John Roe had with UVA employees after completion of the Title IX investigation and proceedings on August 6, 2021.

**Motion *in Limine* #16**: Letters submitted to Provost M. Elizabeth Magill in July 2021 regarding John Roe.

**Motion *in Limine* #17**: Plaintiff's medical records designated in bulk.

**Motion *in Limine* #18**: Plaintiff's witnesses who were disclosed not, or who were not properly disclosed, under Rule 26(a)(1)(A)(i).

WHEREFORE, UVA respectfully requests the Court to grant its Omnibus Motion *in Limine* in all respects.

Dated: November 12, 2024                                  Respectfully submitted,

                                            **THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA**

By Counsel: */s/ Christopher P. Bernhardt*
Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:(804) 371-0977
Facsimile: (804) 371-2087
Email: cbernhardt@oag.state.va.us
*\*Counsel of Record for Defendant*

Amy E. Hensley* (VSB No. 80470)
Associate University Counsel/Assistant Attorney General
1827 University Avenue
Charlottesville, Virginia 22904
Telephone: (434) 924-3685
Email: aehensley@virginia.edu
*\*Counsel of Record for Defendant*

Jason S. Miyares
Attorney General of Virginia

Thomas J. Sanford
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/ Trial Section Chief

## **CERTIFICATE**

I hereby certify that on November 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

>*/s/ Christopher P. Bernhardt*
>Christopher P. Bernhardt* (VSB No. 80133)
>Assistant Attorney General