**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

|  |  |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:23-cv-00018-RSB |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| RECTOR AND VISITORS OF THE ) | |
| UNIVERSITY OF VIRGINIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff, by counsel, makes the following supplemental initial disclosures.

### I.   PLAINTIFF'S ADDITIONAL WITNESSES

1. Palma Pustilnik
   800-390-9983
   c/o Central Virginia Legal Aid Society, 103 East Water Street, Suites 201 & 202, Charlottesville, VA 22901
   Pustilnik is expected to have information related to Plaintiff's claims and damages.

2. Andrew Verzilli
   (215) 368-7797
   411 North Broad Street, Lansdale, PA 19446
   Verzilli is expected to have information related to Plaintiff's damages.

3. Plaintiff's Father
   c/o Plaintiff's counsel
   Plaintiff's Father is expected to have information related to Plaintiff's damages.

4. Arya Royal
   c/o Plaintiff's counsel
   Royal is expected to have information rebutting assertions made by Akia Haynes Hale during her deposition and regarding her credibility.

5.  Dr. Katherine Sznajder
    240-906-6500
    5620 Ager Road, Hyattsville, MD 20782
    Dr. Farahani is expected to have information related to Plaintiff's damages.

6.  Dr. Farimah Farahani
    703-934-5700
    12255 Fair Lakes Pkwy Fairfax, VA 22033
    Dr. Farahani is expected to have information related to Plaintiff's damages.

7.  John Roe
    John Roe Telephone
    c/o attorney Rhonda Quagliana, 310 4th Street NE, P.O. Box 298, Charlottesville, VA 22902
    John Roe is expected to have information rebutting assertions made by Parwiz Esmati and regarding his credibility.

8.  Ana Cisneros
    (202) 279-0748
    c/o Immigration Counsel PLLC, 1150 Connecticut Ave. N.W., Suite 325, Washington, DC 20036
    Cisneros is expected to have information regarding the credibility of Parwiz Esmati and Paul Haar and rebutting assertions made by Parwiz Esmati during his deposition.

9.  Marpu Kurban
    (202) 823-6406
    1202 S. Ross St., Apt 2225, Arlington, VA 22204
    Kurban is expected to have information regarding the credibility of Parwiz Esmati and Paul Haar and rebutting assertions made by Parwiz Esmati during his deposition.

10. Farkhunda Paimani
    8350 Greensboro Dr., Apt. 307, McLean, VA 22102
    Paimani is expected to have information regarding the credibility of Parwiz Esmati and Paul Haar and rebutting assertions made by Parwiz Esmati during his deposition.

11. Kristin Zech
    (703) 940-3788
    8300 Greensboro Drive, Suite 1250, McLean, VA 22102
    Zech is expected to have information regarding the credibility of Parwiz Esmati.

Dated: September 10, 2024                    Respectfully Submitted,

/s/Elizabeth K. Abdnour

Elizabeth K. Abdnour
*Pro. Hac Vice*
Abdnour Weiker LLP
500 E. Michigan Ave., Suite 130
Lansing, Michigan 48912
(517) 994-1776
liz@education-rights.com

Devon J. Munro (VSB # 47833)
Munro Byrd, P.C.
120 Day Ave. SW, First Floor
Roanoke, Virginia 24016
(540) 283-9343
dmunro@trialsva.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served on all parties via counsel of record by electronic mail this 10th day of September, 2024.

/s/Elizabeth K. Abdnour

3