CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
November 14, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **JANE DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No.: 3:23-CV-00018 |
| ) | |
| **THE UNIVERSITY OF VIRGINIA,** ) | Hon. Robert S. Ballou |
| ) | United States District Judge |
| **Defendant.** ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendant's motion for summary judgment is **GRANTED** and

2. Defendant's motion to exclude the expert testimony of Andrew C. Verzilli is **DENIED** as moot.

This case is hereby **DISMISSED** with prejudice and shall be **STRIKEN** from the court's active docket.

Entered:  November 14, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge