CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
December 06, 2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JANE DOE,** | |
| **Plaintiff,** | |
| v. | Case No. 3:23-cv-00018-RSB |
| **RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,** | |
| **Defendant.** | |

### JOINT STIPULATION AND ORDER TO SEAL DEFENDANT'S BRIEF IN SUPPORT OF OMNIBUS MOTION IN LIMINE

NOW COME Plaintiff and Defendant, by and through undersigned counsel, and stipulate to seal Defendant's Brief in Support of Omnibus Motion in Limine, ECF No. 112.

Although "[t]here is a general presumption in favor of 'public access' to documents in the files of the courts . . . [a] district court has discretion to seal documents when the 'public's right of access is outweighed by competing interests.'" *Klon Indus. v. E.I. Du Pont de Nemours & Co.*, No. 3:11-cv-622, 2012 U.S. Dist. LEXIS 55982, at *4 (E.D. Va. Apr. 20, 2012) (quoting *In re Knight Publishing Co.*, 743 F.2d 231, 235 (4th Cir. 1984)). "Before sealing documents, district courts must: '(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object; (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting [the] decision to seal the documents and for rejecting the alternatives.'" *Id.* (quoting *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000)). The docketing of this Joint Stipulation to Seal would fulfill the "public

notice" element of the Fourth Circuit's sealing standard. *See Clehm v. BAE Sys., Inc.*, No. 7:16-cv-12, 2017 U.S. Dist. LEXIS 40326, at *3-4 (W.D. Va. Mar. 21, 2017).

Plaintiff seeks to protect and maintain her identity confidential. Plaintiff filed this action under a pseudonym. ECF No. 21 at 1 n.1. Plaintiff sought leave to proceed under pseudonym, which this Court granted. ECF No. 44. Defendant's Brief in Support of Omnibus Motion in Limine references highly sensitive and personal information about Plaintiff, including her claimed damages, from Plaintiff's discovery responses, which were designated as confidential in discovery.

The parties stipulate and agree to seal Defendant's Brief in Support of Omnibus Motion in Limine, ECF No. 112, for the duration that this matter is active on the docket of this Court and any appeals thereafter.

**IT IS SO STIPULATED** on December 5, 2024.

Respectfully submitted,

| | |
|---|---|
| JANE DOE | THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA |
| By: /s/ *Devon J. Munro* | By: /s/ *Christopher P. Bernhardt* |
| Devon J. Munro (VSB # 47833)<br>Munro Byrd, P.C.<br>120 Day Ave. SW, First Floor<br>Roanoke, Virginia 24016<br>Telephone: (540) 283-9343<br>Email: dmunro@trialsva.com | Christopher P. Bernhardt (VSB No. 80133)<br>Assistant Attorney General<br>Office of the Virginia Attorney General<br>202 North 9th Street<br>Richmond, Virginia 23219<br>Telephone:   (804) 371-0977<br>Facsimile:    (804) 371-2087<br>Email: cbernhardt@oag.state.va.us |
| By: /s/ *Elizabeth Abdnour* | |
| Elizabeth Abdnour<br>Pro Hac Vice<br>Abdnour Weiker, LLP<br>500 E. Michigan Ave., Ste. 130<br>Lansing, Michigan 48912<br>Telephone: (517) 994-1776<br>Email: liz@education-rights.com | Amy E. Hensley (VSB No. 80470)<br>Associate University Counsel/Assistant Attorney General<br>Madison Hall<br>1827 University Avenue<br>Charlottesville, Virginia 22904 |

2

*Counsel for Plaintiff*

Telephone:   (434) 924-3685
Email: aehensley@virginia.edu
*Counsel for Defendant*

**IT IS SO ORDERED.**

_____
**U.S. Magistrate Judge**

Dated:  12/6/24

3